IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA CONWAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22-cv-01113-RLW |
| MERCY HOSPITAL ST. LOUIS, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7-4.01 of the Local Rules for the U.S. District Court Eastern District of Missouri, Defendant Mercy Hospital St. Louis ("Mercy" or "Defendant") moves this Court for summary judgment in its favor on Plaintiff's Complainant in its entirety. The undisputed, material facts establish that Mercy is a religious corporation and exempt from liability for religious discrimination under Title VII. *See* 42 U.S.C. § 2000e-1(a); *Boydston v. Mercy Hospital Ardmore, Inc.*, No. CIV-18-444-6, 2020 WL 1448112, at \*6 (W.D. Okla. March 25, 2020); *Jenkins v. Mercy Hospital Rogers*, No. 5:19-CV-05221, 2020 WL 1271371, at \*2 (W.D. Ark. March 17, 2020). Due to Mercy's status as a religious organization exempt from religious discrimination under Title VII, Mercy is entitled to judgment as a matter of law on Plaintiff's complaints of religious discrimination and retaliation.

In further support of this Motion, Mercy concurrently files a Memorandum in Support and Statement of Uncontroverted Material Facts herewith.

WHEREFORE, Defendant Mercy Hospital St. Louis respectfully requests that the Court grant summary judgment in its favor on Plaintiff's Complaint in its entirety, order Plaintiff to pay

Mercy's costs and fees incurred in the defense of this action, and allow such other and further relief as the Court may deem just and proper.

          Respectfully submitted,

          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.

          /s/ Thomas R. Chibnall
          James M. Paul, MO #44232
          Thomas R. Chibnall, MO #67994
          7700 Bonhomme Avenue, Suite 650
          St. Louis, MO  63105
          Telephone:  314-802-3935
          Facsimile:  314-802-3936
          thomas.chibnall@ogletree.com

          Attorneys for Defendant Mercy Hospital St. Louis

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 16th day of March, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Ott Law Firm
Joseph A. Ott
Mark E. Blankenship, Jr.
3544 Oxford Blvd.
Maplewood, MO 63143
Tel: (314) 293-3756
Fax: (314) 689-0080
joe@ott.law
mark@ott.law

*Attorneys for Plaintiff*

          /s/ Thomas R. Chibnall
          Attorneys for Defendant Mercy Hospital St. Louis

55260057.v1-OGLETREE