IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA CONWAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:22-cv-01113-RLW |
| vs. ) | |
| ) | |
| MERCY HOSPITAL ST. LOUIS ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF PATRICIA CONWAY

1. My name is Patricia Conway. I am over twenty-one (21) years of age and competent to testify as a witness in a trial of this case. I am of sound mind, capable of making the sworn statements in this affidavit and have personal knowledge of the facts set forth below.

2. I was formerly employed as a registered nurse for the neonatal intensive care unit for Defendant Mercy Hospital St. Louis, which is owned by Mercy Health.

3. Defendant Mercy Hospital St. Louis's doctors and nurse practitioners are not employees of Defendant, but are employed by a different sub-entity. My paycheck came from an entity called "MHM Support Services," and I believe I regularly worked for corporations and partners that were for profit.

4. Mercy Hospital St. Louis employs individuals who do not believe in or practice Catholicism. In fact, the vast majority of my colleagues at the hospital were not practicing Catholics.

5. During my interview and training with Mercy, I received no catholic instruction. No one that I knew there ever made mention of the Catholic faith. I have never seen the

Exhibit 1

6. materials that Defendant produced relating to training of workers in the Catholic faith. I was never asked if I was Catholic or anything about my religious and spiritual practices at any point I was working there until the vaccine mandate.

6. Mercy Hospital St. Louis holds itself out to the public as a secular institution. The hospital welcomes patients of all races, religions, ethnicities, political views, and genders. As a staff member, I was never instructed to provide Catholic instruction to such patients, convert them into the Catholic faith, or discuss Catholicism with them.

7. Mercy Hospital St. Louis states in their religious exemption section of their Covid-19 Vaccine Policy that exemption applicants must upload their Religious Exemption Request Form, along with a certification form from their religious leader or other person who can attest the individual's religious beliefs are sincerely held.

8. On or around July 29, 2021, I completed and submitted my request for religious exemption electronically. In my application, I included a letter, a minister's testament, and other documentation. I fulfilled each of these requirements by the August 15, 2021 deadline listed in their Vaccine Policy.

9. On or around August 2, 2021, I received an email stating that my religious exemption request was denied.

10. Mercy Hospital St. Louis has granted religious accommodations for non-Catholics, whose religions are different from that of mine. I know of at least three people whose accommodations were granted, all of whom were not Catholic. I also know someone from my unit who was denied both religious and medical accommodations.

11. During my unemployment appeal, it was determined that Defendant Mercy Hospital did not even review my application for a religious accommodation upon submission.

Exhibit 1

       The Appeals Tribunal for the Missouri Division of Unemployment held that Defendant Mercy Hospital failed to follow its own established policy to determine when a religious exemption to a vaccination would be granted.

12. The Mercy representative at the hearing made no reference to Mercy's religious status.

13. During my time at Mercy, I never witnessed any catholic specific worship service. I saw some chaplains catering to patients, but there was never any worship activities I was required to or was involved in as part of my work there.

I certify under penalty of perjury that the information and documents stated and attached to this declaration are based upon matters known personally to me and are true and correct to the best of my knowledge, information and belief.

_Patricia L. Conway_                                                         4-5-2023
Patricia Conway

Exhibit 1

STATE OF Missouri )
)
COUNTY OF St. Louis )

Before me appeared Patricia Conway, a person known to me, and swears that the forgoing testimony is given as her own her free act and deed, and states that the testimony is true and correct to the best of her knowledge and belief under penalty of perjury.

Subscribed and sworn to before me, a Notary Public, on this 5 day of April, 2023.

Seal:

JOSEPH OTT
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Dec. 5, 2026
Commission # 22559128

_____
Notary Public

My Commission Expires: 12/6/26

5

Exhibit 1