| Form **990-T** | **Exempt Organization Business Income Tax Return** | OMB No 1545-0687 |
|---|---|---|
| | (and proxy tax under section 6033(e)) | **2017** |
| Department of the Treasury Internal Revenue Service | For calendar year 2017 or other tax year beginning JUL 1, 2017, and ending JUN 30, 2018 ▶ Go to www.irs.gov/Form990T for instructions and the latest information. ▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3) | Open to Public Inspection for 501(c)(3) Organizations Only |

| A | ☐ Check box if address changed | | Name of organization ( ☐ Check box if name changed and see instructions.) | **D** Employer identification number (Employees' trust, see instructions) |
|---|---|---|---|---|
| **B** | Exempt under section | Print or Type | MERCY HOSPITALS EAST COMMUNITIES | 43-0653493 |
| | ☒ 501(c)( ) | | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Unrelated business activity codes (See instructions) |
| | ☐ 408(e) ☐ 220(e) | | 615 S. NEW BALLAS ROAD | |
| | ☐ 408A ☐ 530(a) | | City or town, state or province, country, and ZIP or foreign postal code | |
| | ☐ 529(a) | | ST. LOUIS, MO 63141 | 900002  624100 |
| **C** | Book value of all assets at end of year 701,375,664. | **F** Group exemption number (See instructions.) ▶ 0928 | | |
| | | **G** Check organization type ▶ ☒ 501(c) corporation ☐ 501(c) trust ☐ 401(a) trust ☐ Other trust | | |

**H** Describe the organization's primary unrelated business activity. ▶ MEDICAL LABS, MISC SERVICES, PHARMACY

**I** During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ▶ ☒ Yes ☐ No
If "Yes," enter the name and identifying number of the parent corporation. ▶ See Statement 3 Mercy Health 43-1473050

**J** The books are in care of ▶ Denise Scoffic    Telephone number ▶ 314-364-2959

### Part I  Unrelated Trade or Business Income

| | | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | | | | |
| b | Less returns and allowances                c Balance ▶ | 1c | | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | | | |
| 4a | Capital gain net income (attach Schedule D) | 4a | | | |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from partnerships and S corporations (attach statement) | 5 | | | |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from controlled organizations (Sch. F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions; attach schedule)   See Statement 1 | 12 | 934,593. | | 934,593. |
| 13 | **Total.** Combine lines 3 through 12 | 13 | 934,593. | | 934,593. |

### Part II  Deductions Not Taken Elsewhere  (See instructions for limitations on deductions)
(Except for contributions, deductions must be directly connected with the unrelated business income)

| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
|---|---|---|---|
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) | 18 | |
| 19 | Taxes and licenses | 19 | 4,000. |
| 20 | Charitable contributions (See instructions for limitation rules)   See Statement 4 | 20 | 12,923. |
| 21 | Depreciation (attach Form 4562) | 21 | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return | 22a | 22b | |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule)   See Statement 2 | 28 | 800,361. |
| 29 | **Total deductions** Add lines 14 through 28 | 29 | 817,284. |
| 30 | Unrelated business taxable income before net operating loss deduction. Subtract line 29 from line 13 | 30 | 117,309. |
| 31 | Net operating loss deduction (limited to the amount on line 30) | 31 | |
| 32 | Unrelated business taxable income before specific deduction. Subtract line 31 from line 30 | 32 | 117,309. |
| 33 | Specific deduction (Generally $1,000, but see line 33 instructions for exceptions) | 33 | 1,000. |
| 34 | **Unrelated business taxable income**  Subtract line 33 from line 32. If line 33 is greater than line 32, enter the smaller of zero or line 32 | 34 | 116,309. |

723701 01-22-18   LHA   **For Paperwork Reduction Act Notice, see instructions**    Form **990-T** (2017)

Exhibit 2

Form 990-T (2017)  MERCY HOSPITALS EAST COMMUNITIES                                   43-0653493                Page 2

| Part III | Tax Computation |

35 **Organizations Taxable as Corporations** See instructions for tax computation.
   Controlled group members (sections 1561 and 1563) check here ▶ [x] **See instructions** and:
  a  Enter your share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):
     (1) $ 50,000.  (2) $ 25,000.  (3) $ 9,925,000.
  b  Enter organization's share of: (1) Additional 5% tax (not more than $11,750)  $
     (2) Additional 3% tax (not more than $100,000)  $
  c  Income tax on the amount on line 34                See Statement 5       ▶  35c   26,124.
36 **Trusts Taxable at Trust Rates** See instructions for tax computation. Income tax on the amount on line 34 from:
     [ ] Tax rate schedule or  [ ] Schedule D (Form 1041)                     ▶  36
37 **Proxy tax.** See instructions                                             ▶  37
38 **Alternative minimum tax**                                                    38
39 **Tax on Non-Compliant Facility Income** See instructions                      39
40 **Total.** Add lines 37, 38 and 39 to line 35c or 36, whichever applies    44  40   26,124.

| Part IV | Tax and Payments |

41a Foreign tax credit (corporations attach Form 1118; trusts attach Form 1116)  41a
  b Other credits (see instructions)                                              41b
  c General business credit. Attach Form 3800                                     41c
  d Credit for prior year minimum tax (attach Form 8801 or 8827)                  41d
  e **Total credits** Add lines 41a through 41d                                   41e
42 Subtract line 41e from line 40                                                  42   26,124.
43 Other taxes. Check if from: [ ] Form 4255 [ ] Form 8611 [ ] Form 8697 [ ] Form 8866 [ ] Other (attach schedule)  43
44 **Total tax.** Add lines 42 and 43                                          48  44   26,124.
45 a Payments: A 2016 overpayment credited to 2017            50a  45a   72,162.
  b 2017 estimated tax payments                                    45b
  c Tax deposited with Form 8868                                   45c
  d Foreign organizations: Tax paid or withheld at source (see instructions)  45d
  e Backup withholding (see instructions)                          45e
  f Credit for small employer health insurance premiums (Attach Form 8941)  45f
  g Other credits and payments:   [ ] Form 2439
     [ ] Form 4136        [ ] Other _____  Total ▶               45g
46 **Total payments.** Add lines 45a through 45g                         51  46   72,162.
47 Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ [ ]  47
48 **Tax due.** If line 46 is less than the total of lines 44 and 47, enter amount owed  ▶  48
49 **Overpayment.** If line 46 is larger than the total of lines 44 and 47, enter amount overpaid  54 ▶  49   46,038.
50 Enter the amount of line 49 you want: **Credited to 2018 estimated tax** ▶  46,038.  **Refunded** ▶  50   0.

| Part V | Statements Regarding Certain Activities and Other Information (see instructions) |       | Yes | No |
|---|---|---|---|---|
| 51 | At any time during the 2017 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If YES, the organization may have to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts. If YES, enter the name of the foreign country here ▶ | | | x |
| 52 | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If YES, see instructions for other forms the organization may have to file. | | | x |
| 53 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

▶ /s/ [signature]    5/14/19   ▶ Chief Financial Officer
  Signature of officer   Date        Title

May the IRS discuss this return with the preparer shown below (see instructions)? [x] Yes [ ] No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| DOUGLAS G. PLEUS | /s/ Douglas Pleus | 5/15/19 | | P00013488 |

Firm's name ▶ Pleus and Company, LLC            Firm's EIN ▶ 56-2632458
Firm's address ▶ 14500 South Outer 40 Rd Ste 201A
                 Chesterfield MO 63017           Phone no. 314-317-9916

Form **990-T** (2017)

723711 01-22-18

Exhibit 2

Form 990-T (2017) MERCY HOSPITALS EAST COMMUNITIES  43-0653493  Page 3

## Schedule A - Cost of Goods Sold. Enter method of inventory valuation ▶ N/A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | | 6 | Inventory at end of year | 6 | |
| 2 | Purchases | 2 | | 7 | **Cost of goods sold** Subtract line 6 from line 5. Enter here and in Part I, line 2 | 7 | |
| 3 | Cost of labor | 3 | | | | | |
| 4a | Additional section 263A costs (attach schedule) | 4a | | 8 | Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | Yes | No |
| b | Other costs (attach schedule) | 4b | | | | | |
| 5 | **Total** Add lines 1 through 4b | 5 | | | | | |

## Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property)
(see instructions)

**1.** Description of property

(1) _____
(2) _____
(3) _____
(4) _____

| | 2. Rent received or accrued | | 3(a) Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|---|
| | **(a)** From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | **(b)** From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| Total | 0. | Total 0. | |

**(c) Total income** Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A) ▶ 0.

**(b) Total deductions** Enter here and on page 1, Part I, line 6, column (B) ▶ 0.

## Schedule E - Unrelated Debt-Financed Income (see instructions)

| | | 3 Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| 1 Description of debt-financed property | 2. Gross income from or allocable to debt-financed property | **(a)** Straight line depreciation (attach schedule) | **(b)** Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| 4. Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5 Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6 Column 4 divided by column 5 | 7 Gross income reportable (column 2 x column 6) | 8. Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |
| **Totals** ▶ | | | 0. | 0. |
| **Total dividends-received deductions** included in column 8 | | | ▶ | 0. |

Form **990-T** (2017)

723721 01-22-18

Exhibit 2

Form 990-T (2017)  MERCY HOSPITALS EAST COMMUNITIES                                              43-0653493                Page 4

### Schedule F - Interest, Annuities, Royalties, and Rents From Controlled Organizations (see instructions)

**Exempt Controlled Organizations**

| 1 Name of controlled organization | 2 Employer identification number | 3. Net unrelated income (loss) (see instructions) | 4 Total of specified payments made | 5 Part of column 4 that is included in the controlling organization's gross income | 6 Deductions directly connected with income in column 5 |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

**Nonexempt Controlled Organizations**

| 7. Taxable Income | 8. Net unrelated income (loss) (see instructions) | 9 Total of specified payments made | 10 Part of column 9 that is included in the controlling organization's gross income | 11 Deductions directly connected with income in column 10 |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| | | | Add columns 5 and 10 Enter here and on page 1, Part I, line 8, column (A) | Add columns 6 and 11 Enter here and on page 1, Part I, line 8, column (B) |
| **Totals** ▶ | | | 0. | 0. |

### Schedule G - Investment Income of a Section 501(c)(7), (9), or (17) Organization
(see instructions)

| 1 Description of income | 2 Amount of income | 3 Deductions directly connected (attach schedule) | 4 Set-asides (attach schedule) | 5 Total deductions and set-asides (col 3 plus col 4) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| | Enter here and on page 1, Part I, line 9, column (A) | | | Enter here and on page 1, Part I, line 9, column (B) |
| **Totals** ▶ | 0. | | | 0. |

### Schedule I - Exploited Exempt Activity Income, Other Than Advertising Income
(see instructions)

| 1 Description of exploited activity | 2. Gross unrelated business income from trade or business | 3 Expenses directly connected with production of unrelated business income | 4. Net income (loss) from unrelated trade or business (column 2 minus column 3) If a gain, compute cols 5 through 7 | 5 Gross income from activity that is not unrelated business income | 6 Expenses attributable to column 5 | 7. Excess exempt expenses (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| | Enter here and on page 1, Part I, line 10, col (A) | Enter here and on page 1, Part I, line 10, col (B) | | | | Enter here and on page 1, Part II, line 26 |
| **Totals** ▶ | 0. | 0. | | | | 0. |

### Schedule J - Advertising Income (see instructions)

**Part I  Income From Periodicals Reported on a Consolidated Basis**

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4. Advertising gain or (loss) (col 2 minus col 3) If a gain, compute cols 5 through 7 | 5. Circulation income | 6. Readership costs | 7 Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| **Totals** (carry to Part II, line (5)) ▶ | 0. | 0. | | | | 0. |

Form **990-T** (2017)

723731 01-22-18

Exhibit 2

Form 990-T (2017) MERCY HOSPITALS EAST COMMUNITIES                                    43-0653493                 Page 5

| Part II | Income From Periodicals Reported on a Separate Basis (For each periodical listed in Part II, fill in columns 2 through 7 on a line-by-line basis) |

| 1. Name of periodical | 2. Gross advertising income | 3. Direct advertising costs | 4. Advertising gain or (loss) (col 2 minus col 3) If a gain, compute cols 5 through 7 | 5. Circulation income | 6. Readership costs | 7. Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals from Part I ▶ | 0. | 0. | | | | 0. |
| | Enter here and on page 1, Part I, line 11, col (A) | Enter here and on page 1, Part I, line 11, col (B) | | | | Enter here and on page 1, Part II, line 27 |
| Totals, Part II (lines 1-5) ▶ | 0. | 0. | | | | 0. |

### Schedule K - Compensation of Officers, Directors, and Trustees (see instructions)

| 1. Name | 2. Title | 3. Percent of time devoted to business | 4. Compensation attributable to unrelated business |
|---|---|---|---|
| (1) | | % | |
| (2) | | % | |
| (3) | | % | |
| (4) | | % | |
| Total  Enter here and on page 1, Part II, line 14 | | ▶ | 0. |

Form **990-T** (2017)

723732 01-22-18

Exhibit 2

| Form **4626** Department of the Treasury Internal Revenue Service | **Alternative Minimum Tax — Corporations** ▶ Attach to the corporation's tax return ▶ Go to www.irs.gov/Form4626 for instructions and the latest information | | OMB No 1545-0123 **2017** |
|---|---|---|---|
| Name MERCY HOSPITALS EAST COMMUNITIES | | | Employer identification number 43-0653493 |

Note: See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e).

| | | | | |
|---|---|---|---|---|
| 1 | Taxable income or (loss) before net operating loss deduction | | 1 | 116,309. |
| 2 | **Adjustments and preferences:** | | | |
| a | Depreciation of post-1986 property | | 2a | |
| b | Amortization of certified pollution control facilities | | 2b | |
| c | Amortization of mining exploration and development costs | | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | | 2d | |
| e | Adjusted gain or loss | | 2e | |
| f | Long-term contracts | | 2f | |
| g | Merchant marine capital construction funds | | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | | 2h | |
| i | Tax shelter farm activities (personal service corporations only) | | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) | | 2j | |
| k | Loss limitations | | 2k | |
| l | Depletion | | 2l | |
| m | Tax-exempt interest income from specified private activity bonds | | 2m | |
| n | Intangible drilling costs | | 2n | |
| o | Other adjustments and preferences * | | 2o | |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI). Combine lines 1 through 2o | | 3 | 116,309. |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | | |
| a | ACE from line 10 of the ACE worksheet in the instructions | 4a  116,309. | | |
| b | Subtract line 3 from line 4a. If line 3 exceeds line 4a, enter the difference as a negative amount. See instructions | 4b  0. | | |
| c | Multiply line 4b by 75% (0.75). Enter the result as a positive amount | 4c | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments. See instructions. **Note:** You **must** enter an amount on line 4d (even if line 4b is positive) | 4d | | |
| e | ACE adjustment.<br>• If line 4b is zero or more, enter the amount from line 4c<br>• If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | | 4e | 0. |
| 5 | Combine lines 3 and 4e. If zero or less, stop here; the corporation does not owe any AMT | | 5 | 116,309. |
| 6 | Alternative tax net operating loss deduction. See instructions | | 6 | |
| 7 | **Alternative minimum taxable income.** Subtract line 6 from line 5. If the corporation held a residual interest in a REMIC, see instructions | | 7 | 116,309. |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c): | | | |
| a | Subtract $150,000 from line 7. If completing this line for a member of a controlled group, see instructions. If zero or less, enter -0- | 8a  0. | | |
| b | Multiply line 8a by 25% (0.25) | 8b  0. | | |
| c | Exemption. Subtract line 8b from $40,000. If completing this line for a member of a controlled group, see instructions. If zero or less, enter -0- | | 8c | 40,000. |
| 9 | Subtract line 8c from line 7. If zero or less, enter -0- | | 9 | 76,309. |
| 10 | Multiply line 9 by 20% (0.20) | | 10 | 15,262. |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC). See instructions | | 11 | |
| 12 | Tentative minimum tax. Subtract line 11 from line 10   Stmt 7   Blended Rate | | 12 | 7,694. |
| 13 | Regular tax liability before applying all credits except the foreign tax credit | | 13 | 26,124. |
| 14 | **Alternative minimum tax** Subtract line 13 from line 12. If zero or less, enter -0-. Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return | | 14 | 0. |

JWA  **For Paperwork Reduction Act Notice, see separate instructions**

Form 4626 (2017)

* See also
See Statement 6

717001
01-12-18

Exhibit 2

MERCY HOSPITALS EAST COMMUNITIES 43-0653493

## Adjusted Current Earnings (ACE) Worksheet
▶ See ACE Worksheet Instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Pre-adjustment AMTI. Enter the amount from line 3 of Form 4626 | | | 1 | 116,309. |
| 2 | ACE depreciation adjustment: | | | | |
| a | AMT depreciation | | 2a | | |
| b | ACE depreciation: | | | | |
| | (1) Post-1993 property | 2b(1) | | | |
| | (2) Post-1989, pre-1994 property | 2b(2) | | | |
| | (3) Pre-1990 MACRS property | 2b(3) | | | |
| | (4) Pre-1990 original ACRS property | 2b(4) | | | |
| | (5) Property described in sections 168(f)(1) through (4) | 2b(5) | | | |
| | (6) Other property | 2b(6) | | | |
| | (7) Total ACE depreciation. Add lines 2b(1) through 2b(6) | | 2b(7) | | |
| c | ACE depreciation adjustment. Subtract line 2b(7) from line 2a | | | 2c | |
| 3 | Inclusion in ACE of items included in earnings and profits (E&P): | | | | |
| a | Tax-exempt interest income | | 3a | | |
| b | Death benefits from life insurance contracts | | 3b | | |
| c | All other distributions from life insurance contracts (including surrenders) | | 3c | | |
| d | Inside buildup of undistributed income in life insurance contracts | | 3d | | |
| e | Other items (see Regulations sections 1.56(g)-1(c)(6)(iii) through (ix) for a partial list) | | 3e | | |
| f | Total increase to ACE from inclusion in ACE of items included in E&P. Add lines 3a through 3e | | | 3f | |
| 4 | Disallowance of items not deductible from E&P: | | | | |
| a | Certain dividends received | | 4a | | |
| b | Dividends paid on certain preferred stock of public utilities that are deductible under section 247 (as affected by P L 113-295, Div A, section 221(a)(41)(A), Dec 19, 2014, 128 Stat 4043) | | 4b | | |
| c | Dividends paid to an ESOP that are deductible under section 404(k) | | 4c | | |
| d | Nonpatronage dividends that are paid and deductible under section 1382(c) | | 4d | | |
| e | Other items (see Regulations sections 1.56(g)-1(d)(3)(i) and (ii) for a partial list) | | 4e | | |
| f | Total increase to ACE because of disallowance of items not deductible from E&P. Add lines 4a through 4e | | | 4f | |
| 5 | Other adjustments based on rules for figuring E&P: | | | | |
| a | Intangible drilling costs | | 5a | | |
| b | Circulation expenditures | | 5b | | |
| c | Organizational expenditures | | 5c | | |
| d | LIFO inventory adjustments | | 5d | | |
| e | Installment sales | | 5e | | |
| f | Total other E&P adjustments. Combine lines 5a through 5e | | | 5f | |
| 6 | Disallowance of loss on exchange of debt pools | | | 6 | |
| 7 | Acquisition expenses of life insurance companies for qualified foreign contracts | | | 7 | |
| 8 | Depletion | | | 8 | |
| 9 | Basis adjustments in determining gain or loss from sale or exchange of pre-1994 property | | | 9 | |
| 10 | **Adjusted current earnings** Combine lines 1, 2c, 3f, 4f, and 5f through 9. Enter the result here and on line 4a of Form 4626 | | | 10 | 116,309. |

717021
04-01-17

Exhibit 2

| MERCY HOSPITALS EAST COMMUNITIES | 43-0653493 |
|---|---:|

| Footnotes | Statement |
|---|---:|

Reasonable Cause Waiver Request - IRC 6651, Failure to File
Late filed return due to CCH software outage

Statement(s)
Exhibit 2

MERCY HOSPITALS EAST COMMUNITIES                                          43-0653493

| Form 990-T | Other Income | Statement 1 |
|---|---|---|
| Description | | Amount |
| OUTSIDE LAB SERVICES | | 124,431. |
| OPTICAL - RETAIL | | 793,482. |
| QTF Parking Imputed Income | | 16,680. |
| Total to Form 990-T, Page 1, line 12 | | 934,593. |

| Form 990-T | Other Deductions | Statement 2 |
|---|---|---|
| Description | | Amount |
| CONTRACT LAB COSTS | | 96,591. |
| OPTICAL - RETAIL COSTS | | 703,770. |
| Total to Form 990-T, Page 1, line 28 | | 800,361. |

| Form 990-T | Parent Corporation's Name and Identifying Number | Statement 3 |
|---|---|---|
| Corporation's Name | | Identifying No |
| Mercy Health | | 43-1423050 |

MERCY HOSPITALS EAST COMMUNITIES                                          43-0653493

Form 990-T                     Contributions Summary                    Statement   4

Qualified Contributions Subject to 100% Limit

Carryover of Prior Years Unused Contributions
   For Tax Year 2012                48,031
   For Tax Year 2013                 6,256
   For Tax Year 2014               152,043
   For Tax Year 2015               152,953
   For Tax Year 2016                 3,519

Total Carryover                                          362,802
Total Current Year 10% Contributions

Total Contributions Available                            362,802
Taxable Income Limitation as Adjusted                     12,923

Excess 10% Contributions                                 349,879
Excess 100% Contributions                                      0
Total Excess Contributions                               349,879

Allowable Contributions Deduction                                        12,923

Total Contribution Deduction                                             12,923

Statement(s) 4

Exhibit 2

MERCY HOSPITALS EAST COMMUNITIES                                          43-0653493

Form 990-T                Line 35c Tax Computation                    Statement   5

1.  Taxable Income . . . . . . . . . . . . . . .              116,309
2.  Lesser of Line 1 or First Bracket Amount . .               50,000
3.  Line 1 Less Line 2 . . . . . . . . . . . . .               66,309
4.  Lesser of Line 3 or Second Bracket Amount . .              25,000
5.  Line 3 Less Line 4 . . . . . . . . . . . . .               41,309
6.  Income Subject to 34% Tax Rate . . . . . . .               41,309
7.  Income Subject to 35% Tax Rate . . . . . . .                    0
8.  15 Percent of Line 2 . . . . . . . . . . . .                7,500
9.  25 Percent of Line 4 . . . . . . . . . . . .                6,250
10. 34 Percent of Line 6 . . . . . . . . . . . .               14,045
11. 35 Percent of Line 7 . . . . . . . . . . . .                    0
12. Additional 5% Surtax . . . . . . . . . . . .                    0
13. Additional 3% Surtax . . . . . . . . . . . .                    0
14. Total Income Tax                                                            27,795


15. Tax at 21% Rate effective after 12/31/2017                 24,425
                                                    Days
16. Tax Prorated for Number of Days in 2017          184       14,012
17. Tax Prorated for Number of Days in 2018          181       12,112
18. Total Tax Prorated                               365                        26,124

MERCY HOSPITALS EAST COMMUNITIES                                        43-0653493

| Form 4626 | AMT Contributions | Statement 6 |
|---|---|---|

| | | |
|---|---:|---:|
| Carryover of Prior Years Unused Contributions | | |
|   For Tax Year 2012 | 48,031 | |
|   For Tax Year 2013 | 6,256 | |
|   For Tax Year 2014 | 152,043 | |
|   For Tax Year 2015 | 152,953 | |
|   For Tax Year 2016 | 3,519 | |
| Total Carryover | | 362,802 |
| Current Year Contributions | | |
| Total Contributions | | 362,802 |
| 10% of Taxable Income as Adjusted | | 12,923 |
| Excess Contributions | | 349,879 |
| Allowable Contributions | | 12,923 |
| AMT charitable deduction | | 12,923 |
| Regular contribution deduction | | 12,923 |
| AMT contribution adjustment | | 0 |

Exhibit 2
Statement(s) 6

MERCY HOSPITALS EAST COMMUNITIES                                         43-0653493

| Tentative Minimum Tax (TMT) Proration | | Statement 7 |
|---|---|---|
| Tentative mimimum tax for the entire year . . . | 15,262. | |
| TMT in effect before 01/01/2018 . . . . . . . . . | 15,262. | |
| TMT in effect after 12/31/2017 . . . . . . . . . . | 0. | |
| | Days | |
| TMT prorated for number of days in 2017 . . 184 | 7,694. | |
| TMT prorated for number of days in 2018 . . 181 | 0. | |
| TMT prorated . . . . . . . . . . . . . . . . . . 365 | | 7,694. |