Extended to May 15, 2020

# Form 990-T — Exempt Organization Business Income Tax Return
(and proxy tax under section 6033(e))

For calendar year 2018 or other tax year beginning **JUL 1, 2018**, and ending **JUN 30, 2019**

1906

OMB No 1545-0687

**2018**

Department of the Treasury
Internal Revenue Service

▶ Go to www.irs.gov/Form990T for instructions and the latest information
▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3)

Open to Public Inspection for 501(c)(3) Organizations Only

| | | | | |
|---|---|---|---|---|
| **A** ☐ Check box if address changed | Name of organization ( ☐ Check box if name changed and see instructions.) Print or Type **MERCY HOSPITALS EAST COMMUNITIES** | | **D** Employer identification number (Employees' trust, see instructions) **43-0653493** | |
| **B** Exempt under section ☒ 501(c)( 03 ) ☐ 408(e) ☐ 220(e) ☐ 408A ☐ 530(a) ☐ 529(a) | Number, street, and room or suite no. If a P.O. box, see instructions. **615 S. NEW BALLAS ROAD** City or town, state or province, country, and ZIP or foreign postal code **ST. LOUIS, MO  63141** | | **E** Unrelated business activity code (See instructions) **621500** | |
| **C** Book value of all assets at end of year **711,160,040.** | **F** Group exemption number (See instructions.) ▶ **0928** | | | |
| | **G** Check organization type ▶ ☒ 501(c) corporation ☐ 501(c) trust ☐ 401(a) trust ☐ Other trust | | | 4 |

**H** Enter the number of the organization's unrelated trades or businesses. ▶ **2** Describe the only (or first) unrelated trade or business here ▶ **Optical - Retail Services** . If only one, complete Parts I-V. If more than one, describe the first in the blank space at the end of the previous sentence, complete Parts I and II, complete a Schedule M for each additional trade or business, then complete Parts III-V.

**I** During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? Stmt 2 ▶ ☒ Yes ☐ No
If "Yes," enter the name and identifying number of the parent corporation. ▶

**J** The books are in care of ▶ **Denise Scoffic**     Telephone number ▶ **314-364-2959**

## Part I — Unrelated Trade or Business Income

| | | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | | | | |
| b | Less returns and allowances          c Balance ▶ | 1c | | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1 | | |
| 4a | Capital gain net income (attach Schedule D) | 4a | | | |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from a partnership or an S corporation (attach statement) | 5 | | | |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from a controlled organization (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions; attach schedule) | 12 | | | |
| 13 | **Total.** Combine lines 3 through 12 | 13 | 0. | | |

## Part II — Deductions Not Taken Elsewhere
(See instructions for limitations on deductions.)
(Except for contributions, deductions must be directly connected with the unrelated business income.)

| | | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) (see instructions) | 18 | |
| 19 | Taxes and licenses | 19 | |
| 20 | Charitable contributions (See instructions for limitation rules)   Statement 3   See Statement 1 | 20 | 0. |
| 21 | Depreciation (attach Form 4562) | 21 | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return | 22a | | 22b | |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule) | 28 | |
| 29 | **Total deductions** Add lines 14 through 28 | 29 | 0. |
| 30 | Unrelated business taxable income before net operating loss deduction. Subtract line 29 from line 13 | 30 | 0. |
| 31 | Deduction for net operating loss arising in tax years beginning on or after January 1, 2018 (see instructions) | 31 | |
| 32 | Unrelated business taxable income. Subtract line 31 from line 30 | 32 | 0. |

RECEIVED  JUL 01 2020  B106  IRS-OSC  OGDEN, UT

Received in Batching Oper'n SEP 18 2020

823701 01-09-19   LHA   For Paperwork Reduction Act Notice, see instructions.

Form **990-T** (2018)

614

Exhibit 3

Form 990-T (2018)   MERCY HOSPITALS EAST COMMUNITIES   43-0653493   Page 2

### Part III  Total Unrelated Business Taxable Income

| | | | |
|---|---|---|---:|
| 33 | Total of unrelated business taxable income computed from all unrelated trades or businesses (see instructions) | 33 | 95,051. |
| 34 | Amounts paid for disallowed fringes | 34 | |
| 35 | Deduction for net operating loss arising in tax years beginning before January 1, 2018 (see instructions) | 35 | |
| 36 | Total of unrelated business taxable income before specific deduction. Subtract line 35 from the sum of lines 33 and 34 | 36 | 95,051. |
| 37 | Specific deduction (Generally $1,000, but see line 37 instructions for exceptions)   *38* | 37 | 1,000. |
| 38 | Unrelated business taxable income  Subtract line 37 from line 36. If line 37 is greater than line 36, enter the smaller of zero or line 36   *39* | 38 | 94,051. |

### Part IV  Tax Computation

| | | | |
|---|---|---|---:|
| 39 | Organizations Taxable as Corporations  Multiply line 38 by 21% (0.21)   *40* ▶ | 39 | 19,751. |
| 40 | Trusts Taxable at Trust Rates. See instructions for tax computation. Income tax on the amount on line 38 from: ☐ Tax rate schedule or  ☐ Schedule D (Form 1041)  ▶ | 40 | |
| 41 | Proxy tax  See instructions ▶ | 41 | |
| 42 | Alternative minimum tax (trusts only) | 42 | |
| 43 | Tax on Noncompliant Facility Income  See instructions | 43 | |
| 44 | Total. Add lines 41, 42, and 43 to line 39 or 40, whichever applies   *45* | 44 | 19,751. |

### Part V  Tax and Payments

| | | | | |
|---|---|---|---:|---:|
| 45a | Foreign tax credit (corporations attach Form 1118; trusts attach Form 1116) | 45a | | |
| b | Other credits (see instructions) | 45b | | |
| c | General business credit. Attach Form 3800 | 45c | | |
| d | Credit for prior year minimum tax (attach Form 8801 or 8827) | 45d | | |
| e | Total credits. Add lines 45a through 45d | | 45e | |
| 46 | Subtract line 45e from line 44 | | 46 | 19,751. |
| 47 | Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Other (attach schedule) | | 47 | |
| 48 | Total tax. Add lines 46 and 47 (see instructions)   *49* | | 48 | 19,751. |
| 49 | 2018 net 965 tax liability paid from Form 965-A or Form 965-B, Part II, column (k), line 2 | | 49 | 0. |
| 50a | Payments: A 2017 overpayment credited to 2018   *519* | 50a | 46,038. | |
| b | 2018 estimated tax payments | 50b | | |
| c | Tax deposited with Form 8868 | 50c | | |
| d | Foreign organizations: Tax paid or withheld at source (see instructions) | 50d | | |
| e | Backup withholding (see instructions)   *51 e* | 50e | 358. | |
| f | Credit for small employer health insurance premiums (attach Form 8941) | 50f | | |
| g | Other credits, adjustments, and payments: ☐ Form 2439 _____  ☐ Form 4136 _____  ☐ Other _____  Total ▶ | 50g | | |
| 51 | Total payments. Add lines 50a through 50g | | 51 | 46,396. |
| 52 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | 52 | |
| 53 | Tax due. If line 51 is less than the total of lines 48, 49, and 52, enter amount owed ▶ | | 53 | |
| 54 | Overpayment. If line 51 is larger than the total of lines 48, 49, and 52, enter amount overpaid   *55* ▶ | | 54 | 26,645. |
| 55 | Enter the amount of line 54 you want: Credited to 2019 estimated tax ▶ 26,645.  Refunded ▶ | | 55 | 0. |

### Part VI  Statements Regarding Certain Activities and Other Information  (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 56 | At any time during the 2018 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If "Yes," the organization may have to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country here ▶ _____ | | | X |
| 57 | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," see instructions for other forms the organization may have to file. | | | X |
| 58 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | | |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete  Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

Signature of officer [signed]   Date 5/14/20   Title Chief Financial Officer

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| DOUGLAS G. PLEUS | [signed] Douglas Pleus | 5/15/20 | | P00013488 |

Firm's name ▶ Pleus and Company, LLC   Firm's EIN ▶ 56-2632458
Firm's address ▶ 14500 South Outer 40 Rd Ste 201A  Chesterfield, MO 63017   Phone no. 314-317-9916

823711 01-09-19

Form **990-T** (2018)

Exhibit 3

Form 990-T (2018)  MERCY HOSPITALS EAST COMMUNITIES        43-0653493        Page 3

## Schedule A - Cost of Goods Sold.  Enter method of inventory valuation ▶ N/A

| | | | | |
|---|---|---|---|---|
| 1  Inventory at beginning of year | 1 | | 6  Inventory at end of year | 6 |
| 2  Purchases | 2 | | 7  **Cost of goods sold**  Subtract line 6 from line 5. Enter here and in Part I, line 2 | |
| 3  Cost of labor | 3 | | | 7 |
| 4a Additional section 263A costs (attach schedule) | 4a | | 8  Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | Yes / No |
| b  Other costs (attach schedule) | 4b | | | |
| 5  **Total.** Add lines 1 through 4b | 5 | | | |

## Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property)
(see instructions)

1. Description of property

(1) _____
(2) _____
(3) _____
(4) _____

| | 2  Rent received or accrued | | 3(a) Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|---|
| | **(a)** From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | **(b)** From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| Total | 0. | Total  0. | |
| **(c) Total income**  Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A) ▶ | | 0. | **(b) Total deductions.** Enter here and on page 1, Part I, line 6, column (B) ▶  0. |

## Schedule E - Unrelated Debt-Financed Income  (see instructions)

| | | 2  Gross income from or allocable to debt-financed property | 3. Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|---|
| | 1  Description of debt-financed property | | **(a)** Straight line depreciation (attach schedule) | **(b)** Other deductions (attach schedule) |
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |

| 4  Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5  Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6  Column 4 divided by column 5 | 7. Gross income reportable (column 2 x column 6) | 8. Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |
| Totals ▶ | | | 0. | 0. |
| Total dividends-received deductions included in column 8 ▶ | | | | 0. |

Form **990-T** (2018)

823721 01-09-19

Exhibit 3

Form 990-T (2018)  MERCY HOSPITALS EAST COMMUNITIES                                                    43-0653493                    Page 4

## Schedule F - Interest, Annuities, Royalties, and Rents From Controlled Organizations (see instructions)

### Exempt Controlled Organizations

| 1. Name of controlled organization | 2. Employer identification number | 3. Net unrelated income (loss) (see instructions) | 4. Total of specified payments made | 5. Part of column 4 that is included in the controlling organization's gross income | 6. Deductions directly connected with income in column 5 |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

### Nonexempt Controlled Organizations

| 7. Taxable Income | 8. Net unrelated income (loss) (see instructions) | 9. Total of specified payments made | 10. Part of column 9 that is included in the controlling organization's gross income | 11. Deductions directly connected with income in column 10 |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| | | | Add columns 5 and 10 Enter here and on page 1, Part I, line 8, column (A) | Add columns 6 and 11 Enter here and on page 1, Part I, line 8, column (B) |
| Totals ▶ | | | 0. | 0. |

## Schedule G - Investment Income of a Section 501(c)(7), (9), or (17) Organization
(see instructions)

| 1. Description of income | 2. Amount of income | 3. Deductions directly connected (attach schedule) | 4. Set-asides (attach schedule) | 5. Total deductions and set-asides (col. 3 plus col. 4) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| | Enter here and on page 1, Part I, line 9, column (A) | | | Enter here and on page 1, Part I, line 9, column (B) |
| Totals ▶ | 0. | | | 0. |

## Schedule I - Exploited Exempt Activity Income, Other Than Advertising Income
(see instructions)

| 1. Description of exploited activity | 2. Gross unrelated business income from trade or business | 3. Expenses directly connected with production of unrelated business income | 4. Net income (loss) from unrelated trade or business (column 2 minus column 3) If a gain, compute cols 5 through 7 | 5. Gross income from activity that is not unrelated business income | 6. Expenses attributable to column 5 | 7. Excess exempt expenses (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| | Enter here and on page 1, Part I, line 10, col (A) | Enter here and on page 1, Part I, line 10, col (B) | | | | Enter here and on page 1, Part II, line 26 |
| Totals ▶ | 0. | 0. | | | | 0. |

## Schedule J - Advertising Income (see instructions)

### Part I  Income From Periodicals Reported on a Consolidated Basis

| 1. Name of periodical | 2. Gross advertising income | 3. Direct advertising costs | 4. Advertising gain or (loss) (col 2 minus col 3) If a gain, compute cols 5 through 7 | 5. Circulation income | 6. Readership costs | 7. Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals (carry to Part II, line (5)) ▶ | 0. | 0. | | | | 0. |

Form **990-T** (2018)

823731 01-09-19

Exhibit 3

Form 990-T (2018) MERCY HOSPITALS EAST COMMUNITIES  43-0653493  Page 5

| Part II | Income From Periodicals Reported on a Separate Basis (For each periodical listed in Part II, fill in columns 2 through 7 on a line-by-line basis.) |

| 1. Name of periodical | 2. Gross advertising income | 3. Direct advertising costs | 4. Advertising gain or (loss) (col. 2 minus col. 3) If a gain, compute cols. 5 through 7 | 5. Circulation income | 6. Readership costs | 7. Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals from Part I ▶ | 0. | 0. | | | | 0. |
| | Enter here and on page 1, Part I, line 11, col. (A) | Enter here and on page 1, Part I, line 11, col. (B) | | | | Enter here and on page 1, Part II, line 27 |
| Totals, Part II (lines 1-5) ▶ | 0. | 0. | | | | 0. |

### Schedule K - Compensation of Officers, Directors, and Trustees (see instructions)

| 1. Name | 2. Title | 3. Percent of time devoted to business | 4. Compensation attributable to unrelated business |
|---|---|---|---|
| (1) | | % | |
| (2) | | % | |
| (3) | | % | |
| (4) | | % | |
| Total. Enter here and on page 1, Part II, line 14 | | ▶ | 0. |

Form **990-T** (2018)

823732 01-09-19

Exhibit 3

MERCY HOSPITALS EAST COMMUNITIES                                                          43-0653493

| Form 990-T | Contributions | Statement 1 |
|---|---|---|
| Description/Kind of Property | Method Used to Determine FMV | Amount |
| Various - limited | N/A | 112,264. |
| Total to Form 990-T, Page 1, line 20 | | 112,264. |

| Form 990-T | Parent Corporation's Name and Identifying Number | Statement 2 |
|---|---|---|
| Corporation's Name | | Identifying No |
| Mercy Health | | 43-1423050 |

Statement(s) 1, 2

Exhibit 3

MERCY HOSPITALS EAST COMMUNITIES                                                    43-0653493

| Form 990-T | Contributions Summary | Statement 3 |
|---|---|---|

Qualified Contributions Subject to 100% Limit

Carryover of Prior Years Unused Contributions
   For Tax Year 2013          6,256
   For Tax Year 2014        152,043
   For Tax Year 2015        152,953
   For Tax Year 2016          3,519
   For Tax Year 2017

Total Carryover                                314,771
Total Current Year 10% Contributions      112,264

Total Contributions Available              427,035
Taxable Income Limitation as Adjusted          0

Excess 10% Contributions                   427,035
Excess 100% Contributions                      0
Total Excess Contributions                 427,035

Allowable Contributions Deduction                         0

Total Contribution Deduction                            0

| SCHEDULE M (Form 990-T) | Unrelated Business Taxable Income for Unrelated Trade or Business | | Entity 1 OMB No 1545-0687 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | For calendar year 2018 or other tax year beginning JUL 1, 2018, and ending JUN 30, 2019 ▶ Go to www.irs.gov/Form990T for instructions and the latest information. ▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3). | | 2018 Open to Public Inspection for 501(c)(3) Organizations Only |

Name of the organization: MERCY HOSPITALS EAST COMMUNITIES
Employer identification number: 43-0653493

Unrelated business activity code (see instructions) ▶ 621500
Describe the unrelated trade or business ▶ Outside Lab services

| Part I | Unrelated Trade or Business Income | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales  19,704. | | | | |
| b | Less returns and allowances _____ c Balance ▶ | 1c | 19,704. | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 | Gross profit Subtract line 2 from line 1c | 3 | 19,704. | | 19,704. |
| 4a | Capital gain net income (attach Schedule D) | 4a | | | |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from a partnership or an S corporation (attach statement) | 5 | | | |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from a controlled organization (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions, attach schedule) | 12 | | | |
| 13 | Total. Combine lines 3 through 12 | 13 | 19,704. | | 19,704. |

| Part II | Deductions Not Taken Elsewhere (See instructions for limitations on deductions.) (Except for contributions, deductions must be directly connected with the unrelated business income.) | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) (see instructions) | 18 | |
| 19 | Taxes and licenses | 19 | |
| 20 | Charitable contributions (See instructions for limitation rules) | 20 | 1,040. |
| 21 | Depreciation (attach Form 4562) | 21 | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return | 22a | 22b |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule)         See Statement 4 | 28 | 9,298. |
| 29 | Total deductions. Add lines 14 through 28 | 29 | 10,338. |
| 30 | Unrelated business taxable income before net operating loss deduction. Subtract line 29 from line 13 | 30 | 9,366. |
| 31 | Deduction for net operating loss arising in tax years beginning on or after January 1, 2018 (see instructions) | 31 | |
| 32 | Unrelated business taxable income Subtract line 31 from line 30 | 32 | 9,366. |

LHA   For Paperwork Reduction Act Notice, see instructions.            Schedule M (Form 990-T) 2018

823741 01-28-19

Exhibit 3

Form 990-T (2018)   MERCY HOSPITALS EAST COMMUNITIES                                    43-0653493           Entity   1   Page 3

## Schedule A - Cost of Goods Sold.  Enter method of inventory valuation ▶ N/A

| | | | | | |
|---|---|---|---|---|---|
| 1 Inventory at beginning of year | 1 | | 6 Inventory at end of year | 6 | |
| 2 Purchases | 2 | | 7 **Cost of goods sold.** Subtract line 6 from line 5. Enter here and in Part I, line 2 | 7 | |
| 3 Cost of labor | 3 | | | | |
| 4a Additional section 263A costs (attach schedule) | 4a | | 8 Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | Yes | No |
| b Other costs (attach schedule) | 4b | | | | |
| 5 Total   Add lines 1 through 4b | 5 | | | | X |

## Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property)
(see instructions)

1. Description of property

(1) _____
(2) _____
(3) _____
(4) _____

| | 2  Rent received or accrued | | 3(a) Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|---|
| | (a) From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | (b) From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| Total | 0. | Total                                0. | |

| (c) Total income  Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A)   ▶ 0. | (b) Total deductions. Enter here and on page 1, Part I, line 6, column (B)  ▶ 0. |
|---|---|

## Schedule E - Unrelated Debt-Financed Income  (see instructions)

| 1  Description of debt-financed property | 2  Gross income from or allocable to debt-financed property | 3.  Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | (a) Straight line depreciation (attach schedule) | (b) Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| 4  Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5  Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6  Column 4 divided by column 5 | 7  Gross income reportable (column 2 x column 6) | 8  Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |
| Totals  ▶ | | | 0. | 0. |
| Total dividends-received deductions  included in column 8 | | | ▶ | 0. |

Form **990-T** (2018)

823721 01-09-19

**Exhibit 3**

MERCY HOSPITALS EAST COMMUNITIES                                      43-0653493

| Form 990-T (M) | Other Deductions | Statement 4 |
|---|---|---|

| Description | Amount |
|---|---|
| Contract Lab Costs | 9,298. |
| Total to Schedule M, Part II, line 28 | 9,298. |

| SCHEDULE M (Form 990-T) | Unrelated Business Taxable Income for Unrelated Trade or Business | | OMB No 1545-0687 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | For calendar year 2018 or other tax year beginning JUL 1, 2018, and ending JUN 30, 2019 ▶ Go to www.irs.gov/Form990T for instructions and the latest information. ▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3). | | **2018** Open to Public Inspection for 501(c)(3) Organizations Only |

Entity 2

| Name of the organization | Employer identification number |
|---|---|
| MERCY HOSPITALS EAST COMMUNITIES | 43-0653493 |

Unrelated business activity code (see instructions) ▶ 446199
Describe the unrelated trade or business ▶ Optical - Retail

| Part I | Unrelated Trade or Business Income | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales     864,837. | | | | |
| b | Less returns and allowances _____ c Balance ▶ 1c | | 864,837. | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 | Gross profit Subtract line 2 from line 1c | 3 | 864,837. | | 864,837. |
| 4a | Capital gain net income (attach Schedule D) | 4a | | | |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from a partnership or an S corporation (attach statement) | 5 | | | |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from a controlled organization (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions; attach schedule) | 12 | | | |
| 13 | **Total.** Combine lines 3 through 12 | 13 | 864,837. | | 864,837. |

| Part II | Deductions Not Taken Elsewhere (See instructions for limitations on deductions.) (Except for contributions, deductions must be directly connected with the unrelated business income.) | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) (see instructions) | 18 | |
| 19 | Taxes and licenses | 19 | 7,000. |
| 20 | Charitable contributions (See instructions for limitation rules) | 20 | 9,410. |
| 21 | Depreciation (attach Form 4562) | 21 | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return | 22a 22b | |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule)                    See Statement 5 | 28 | 762,742. |
| 29 | **Total deductions.** Add lines 14 through 28 | 29 | 779,152. |
| 30 | Unrelated business taxable income before net operating loss deduction Subtract line 29 from line 13 | 30 | 85,685. |
| 31 | Deduction for net operating loss arising in tax years beginning on or after January 1, 2018 (see instructions) | 31 | |
| 32 | Unrelated business taxable income Subtract line 31 from line 30 | 32 | 85,685. |

LHA   **For Paperwork Reduction Act Notice, see instructions.**                       Schedule M (Form 990-T) 2018

823741 01-28-19

Exhibit 3

Form 990-T (2018)  MERCY HOSPITALS EAST COMMUNITIES                  43-0653493        Page 3

### Schedule A - Cost of Goods Sold. Enter method of inventory valuation ▶ N/A

| | | | | |
|---|---|---|---|---|
| 1 Inventory at beginning of year | 1 | | 6 Inventory at end of year | 6 |
| 2 Purchases | 2 | | 7 **Cost of goods sold.** Subtract line 6 from line 5. Enter here and in Part I, line 2 | 7 |
| 3 Cost of labor | 3 | | | |
| 4a Additional section 263A costs (attach schedule) | 4a | | 8 Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | Yes / No — X (No) |
| b Other costs (attach schedule) | 4b | | | |
| 5 Total Add lines 1 through 4b | 5 | | | |

### Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property)
(see instructions)

**1. Description of property**

(1)
(2)
(3)
(4)

| | 2 Rent received or accrued | | 3(a) Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|---|
| | (a) From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | (b) From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| Total | 0. | Total  0. | |

**(c) Total income.** Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A) ▶ 0.

**(b) Total deductions** Enter here and on page 1, Part I, line 6, column (B) ▶ 0.

### Schedule E - Unrelated Debt-Financed Income (see instructions)

| 1 Description of debt-financed property | 2 Gross income from or allocable to debt-financed property | 3. Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | (a) Straight line depreciation (attach schedule) | (b) Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| 4 Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5. Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6 Column 4 divided by column 5 | 7 Gross income reportable (column 2 x column 6) | 8 Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |
| **Totals** ▶ | | | 0. | 0. |
| **Total dividends-received deductions** included in column 8 ▶ | | | | 0. |

Form **990-T** (2018)

823721 01-09-19

Exhibit 3

MERCY HOSPITALS EAST COMMUNITIES                                        43-0653493

| Form 990-T (M) | Other Deductions | Statement 5 |
|---|---|---|

| Description | Amount |
|---|---|
| Optical - retail costs | 762,742. |
| Total to Schedule M, Part II, line 28 | 762,742. |

Exhibit 3