2939319803212 1

| Form **990-T** | **Exempt Organization Business Income Tax Return** (and proxy tax under section 6033(e)) | OMB No 1545-0047 |
|---|---|---|
| | For calendar year 2019 or other tax year beginning JUL 1, 2019 , and ending JUN 30, 20~~20~~ 2006 | **2019** |
| Department of the Treasury Internal Revenue Service | ▶ Go to www.irs.gov/Form990T for instructions and the latest information. ▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3). | Open to Public Inspection for 501(c)(3) Organizations Only |

| A | ☐ Check box if address changed | Name of organization ( ☐ Check box if name changed and see instructions.) | D Employer identification number (Employees' trust, see instructions.) |
|---|---|---|---|
| B | Exempt under section | Print or Type | MERCY HOSPITALS EAST COMMUNITIES | 43-0653493 |
| | ☒ 501(c)( 03 ) | | Number, street, and room or suite no. If a P.O. box, see instructions. | E Unrelated business activity code (See instructions) |
| | ☐ 408(e) ☐ 220(e) | | 615 S. NEW BALLAS ROAD | |
| | ☐ 408A ☐ 530(a) | | City or town, state or province, country, and ZIP or foreign postal code | |
| | ☐ 529(a) | | ST. LOUIS, MO 63141 | 621500 |

C Book value of all assets at end of year **672,855,042.**
F Group exemption number (See instructions.) ▶ 0928
G Check organization type ▶ ☒ 501(c) corporation  ☐ 501(c) trust  ☐ 401(a) trust  ☐ Other trust

4

H Enter the number of the organization's unrelated trades or businesses. ▶ 2  Describe the only (or first) unrelated trade or business here ▶ Optical - Retail Services  . If only one, complete Parts I-V. If more than one, describe the first in the blank space at the end of the previous sentence, complete Parts I and II, complete a Schedule M for each additional trade or business, then complete Parts III-V.

I During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? Stmt 1 ▶ ☒ Yes ☐ No
If "Yes," enter the name and identifying number of the parent corporation. ▶ Merc 43-1423050

J The books are in care of ▶ Denise Scoffic  Telephone number ▶ 314-364-3553

| Part I | Unrelated Trade or Business Income | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | | | | |
| b | Less returns and allowances           c Balance ▶ | 1c | | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | | | |
| 4a | Capital gain net income (attach Schedule D) | 4a | | | |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from a partnership or an S corporation (attach statement) | 5 | | | |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from a controlled organization (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions; attach schedule) | 12 | | | |
| 13 | **Total.** Combine lines 3 through 12 | 13 | 0. | | |

| Part II | Deductions Not Taken Elsewhere (See instructions for limitations on deductions) (Deductions must be directly connected with the unrelated business income) | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) (see instructions) | 18 | |
| 19 | Taxes and licenses | 19 | |
| 20 | Depreciation (attach form 4562) | 20 | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return | 21a | 21b |
| 22 | Depletion | 22 | |
| 23 | Contributions to deferred compensation plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Excess exempt expenses (Schedule I) | 25 | |
| 26 | Excess readership costs (Schedule J) | 26 | |
| 27 | Other deductions (attach schedule) | 27 | |
| 28 | **Total deductions.** Add lines 14 through 27 | 28 | 0. |
| 29 | Unrelated business taxable income before net operating loss deduction. Subtract line 28 from line 13 | 29 | 0. |
| 30 | Deduction for net operating loss arising in tax years beginning on or after January 1, 2018 (see instructions) | 30 | 0. |
| 31 | Unrelated business taxable income. Subtract line 30 from line 29 | 31 | 0. |

RECEIVED MAY 28 2021 IRS-OSC OGDEN, UT  D059

SCANNED AUG 10 2021

923701 01-27-20   LHA   For Paperwork Reduction Act Notice, see instructions.
Form **990-T** (2019)

1
07480513 141374 20029.001      2019.05094 MERCY HOSPITALS EAST COMM 20029.01

Exhibit 4
615

Form 990-T (2019)   MERCY HOSPITALS EAST COMMUNITIES                                                                  43-0653493   Page 2

### Part III | Total Unrelated Business Taxable Income

| | | | |
|---|---|---|---:|
| 32 | Total of unrelated business taxable income computed from all unrelated trades or businesses (see instructions) | 32 | 69,366. |
| 33 | Amounts paid for disallowed fringes | 33 | |
| 34 | Charitable contributions (see instructions for limitation rules)   Stmt 2   Stmt 3 | 34 | 6,837. |
| 35 | Total unrelated business taxable income before pre 2018 NOLs and specific deduction   Subtract line 34 from the sum of lines 32 and 33 | 35 | 62,529. |
| 36 | Deduction for net operating loss arising in tax years beginning before January 1, 2018 (see instructions) | 36 | |
| 37 | Total of unrelated business taxable income before specific deduction. Subtract line 36 from line 35 | 37 | 62,529. |
| 38 | Specific deduction (Generally $1,000, but see line 38 instructions for exceptions) | 38 | 1,000. |
| 39 | Unrelated business taxable income. Subtract line 38 from line 37. If line 38 is greater than line 37, enter the smaller of zero or line 37 | 39 | 61,529. |

### Part IV | Tax Computation

| | | | |
|---|---|---|---:|
| 40 | Organizations Taxable as Corporations. Multiply line 39 by 21% (0.21) | 40 | 12,921. |
| 41 | Trusts Taxable at Trust Rates. See instructions for tax computation. Income tax on the amount on line 39 from: ☐ Tax rate schedule or ☐ Schedule D (Form 1041) | 41 | |
| 42 | Proxy tax. See instructions | 42 | |
| 43 | Alternative minimum tax (trusts only) | 43 | |
| 44 | Tax on Noncompliant Facility Income. See instructions | 44 | |
| 45 | Total. Add lines 42, 43, and 44 to line 40 or 41, whichever applies | 45 | 12,921. |

### Part V | Tax and Payments

| | | | | |
|---|---|---|---|---:|
| 46a | Foreign tax credit (corporations attach Form 1118; trusts attach Form 1116) | 46a | | |
| b | Other credits (see instructions) | 46b | | |
| c | General business credit. Attach Form 3800 | 46c | | |
| d | Credit for prior year minimum tax (attach Form 8801 or 8827) | 46d | | |
| e | Total credits. Add lines 46a through 46d | | 46e | |
| 47 | Subtract line 46e from line 45 | | 47 | 12,921. |
| 48 | Other taxes. Check if from ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | | 48 | |
| 49 | Total tax. Add lines 47 and 48 (see instructions) | | 49 | 12,921. |
| 50 | 2019 net 965 tax liability paid from Form 965-A or Form 965-B, Part II, column (k), line 3 | | 50 | 0. |
| 51a | Payments: A 2018 overpayment credited to 2019 | 51a | 26,255. | |
| b | 2019 estimated tax payments | 51b | | |
| c | Tax deposited with Form 8868 | 51c | | |
| d | Foreign organizations Tax paid or withheld at source (see instructions) | 51d | | |
| e | Backup withholding (see instructions) | 51e | | |
| f | Credit for small employer health insurance premiums (attach Form 8941) | 51f | | |
| g | Other credits, adjustments, and payments: ☐ Form 2439 _____ ☐ Form 4136 _____ ☐ Other _____ Total ▶ | 51g | | |
| 52 | Total payments. Add lines 51a through 51g | | 52 | 26,255. |
| 53 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | 53 | |
| 54 | Tax due. If line 52 is less than the total of lines 49, 50, and 53, enter amount owed | | 54 | |
| 55 | Overpayment If line 52 is larger than the total of lines 49, 50, and 53, enter amount overpaid | | 55 | 13,334. |
| 56 | Enter the amount of line 55 you want Credited to 2020 estimated tax ▶ 13,334.   Refunded ▶ | | 56 | 0. |

### Part VI | Statements Regarding Certain Activities and Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 57 | At any time during the 2019 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If "Yes," the organization may have to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country here ▶ | | X |
| 58 | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," see instructions for other forms the organization may have to file. | | X |
| 59 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: *Denise Scott*   Date: 5-13-21   Title: VP Finance

May the IRS discuss this return with the preparer shown below (see instructions)?   ☒ Yes   ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| Douglas G. Pleus, CPA | Douglas G. Pleus, CPA | 05/13/21 | | P00013488 |

Firm's name ▶ Purk & Associates, P.C.   Firm's EIN ▶ 26-4532849
Firm's address ▶ 1034 South Brentwood Blvd. Ste 2000
Saint Louis, MO 63117   Phone no. (314) 884-4000

923711 01-27-20                                                                                                                    Form 990-T (2019)

Exhibit 4

Form 990-T (2019)   MERCY HOSPITALS EAST COMMUNITIES                              43-0653493       Page 2

| Part III | Total Unrelated Business Taxable Income | | |
|---|---|---|---|
| 32 | Total of unrelated business taxable income computed from all unrelated trades or businesses (see instructions) | 32 | 69,366. |
| 33 | Amounts paid for disallowed fringes | 33 | |
| 34 | Charitable contributions (see instructions for limitation rules)  Stmt 2   Stmt 3 | 34 | 6,837. |
| 35 | Total unrelated business taxable income before pre-2018 NOLs and specific deduction. Subtract line 34 from the sum of lines 32 and 33 | 35 | 62,529. |
| 36 | Deduction for net operating loss arising in tax years beginning before January 1, 2018 (see instructions) | 36 | |
| 37 | Total of unrelated business taxable income before specific deduction. Subtract line 36 from line 35 | 37 | 62,529. |
| 38 | Specific deduction (Generally $1,000, but see line 38 instructions for exceptions) | 38 | 1,000. |
| 39 | **Unrelated business taxable income.** Subtract line 38 from line 37. If line 38 is greater than line 37, enter the smaller of zero or line 37 | 39 | 61,529. |

| Part IV | Tax Computation | | |
|---|---|---|---|
| 40 | **Organizations Taxable as Corporations.** Multiply line 39 by 21% (0.21) ▶ | 40 | 12,921. |
| 41 | **Trusts Taxable at Trust Rates.** See instructions for tax computation. Income tax on the amount on line 39 from.<br>☐ Tax rate schedule or   ☐ Schedule D (Form 1041) ▶ | 41 | |
| 42 | **Proxy tax.** See instructions ▶ | 42 | |
| 43 | Alternative minimum tax (trusts only) | 43 | |
| 44 | **Tax on Noncompliant Facility Income.** See instructions | 44 | |
| 45 | **Total.** Add lines 42, 43, and 44 to line 40 or 41, whichever applies | 45 | 12,921. |

| Part V | Tax and Payments | | | |
|---|---|---|---|---|
| 46a | Foreign tax credit (corporations attach Form 1118; trusts attach Form 1116) | 46a | | |
| b | Other credits (see instructions) | 46b | | |
| c | General business credit. Attach Form 3800 | 46c | | |
| d | Credit for prior year minimum tax (attach Form 8801 or 8827) | 46d | | |
| e | **Total credits.** Add lines 46a through 46d | | 46e | |
| 47 | Subtract line 46e from line 45 | | 47 | 12,921. |
| 48 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | | 48 | |
| 49 | **Total tax.** Add lines 47 and 48 (see instructions) | | 49 | 12,921. |
| 50 | 2019 net 965 tax liability paid from Form 965-A or Form 965-B, Part II, column (k), line 3 | | 50 | 0. |
| 51a | Payments: A 2018 overpayment credited to 2019 | 51a | 26,255. | |
| b | 2019 estimated tax payments | 51b | | |
| c | Tax deposited with Form 8868 | 51c | | |
| d | Foreign organizations: Tax paid or withheld at source (see instructions) | 51d | | |
| e | Backup withholding (see instructions) | 51e | | |
| f | Credit for small employer health insurance premiums (attach Form 8941) | 51f | | |
| g | Other credits, adjustments, and payments: ☒ Form 2439 _____<br>☐ Form 4136 _____  ☐ Other _____  Total ▶ | 51g | | |
| 52 | **Total payments.** Add lines 51a through 51g | | 52 | 26,255. |
| 53 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | 53 | |
| 54 | **Tax due.** If line 52 is less than the total of lines 49, 50, and 53, enter amount owed ▶ | | 54 | |
| 55 | **Overpayment.** If line 52 is larger than the total of lines 49, 50, and 53, enter amount overpaid ▶ | | 55 | 13,334. |
| 56 | Enter the amount of line 55 you want: **Credited to 2020 estimated tax** ▶   13,334.   **Refunded** ▶ | | 56 | 0. |

| Part VI | Statements Regarding Certain Activities and Other Information (see instructions) | Yes | No |
|---|---|---|---|
| 57 | At any time during the 2019 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If "Yes," the organization may have to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country here ▶ _____ | | X |
| 58 | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust?<br>If "Yes," see instructions for other forms the organization may have to file. | | X |
| 59 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

Signature of officer    Date    Title ▶ VP Finance

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Douglas G. Pleus, CPA | Douglas G. Pleus, CPA | 05/13/21 | | P00013488 |

Firm's name ▶ Purk & Associates, P.C.          Firm's EIN ▶ 26-4532849
Firm's address ▶ 1034 South Brentwood Blvd, Ste 2000
Saint Louis, MO 63117                           Phone no. (314) 884-4000

923711 01-27-20                                                                 Form **990-T** (2019)

Form 990-T (2019)  MERCY HOSPITALS EAST COMMUNITIES                                43-0653493                 Page 3

### Schedule A - Cost of Goods Sold. Enter method of inventory valuation ▶ N/A

| | | | | |
|---|---|---|---|---|
| 1 Inventory at beginning of year | 1 | 6 Inventory at end of year | 6 | |
| 2 Purchases | 2 | 7 **Cost of goods sold.** Subtract line 6 from line 5. Enter here and in Part I, line 2 | 7 | |
| 3 Cost of labor | 3 | | | |
| 4a Additional section 263A costs (attach schedule) | 4a | 8 Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | Yes | No |
| b Other costs (attach schedule) | 4b | | | |
| 5 **Total.** Add lines 1 through 4b | 5 | | | |

### Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property)
(see instructions)

**1.** Description of property

(1) _____
(2) _____
(3) _____
(4) _____

| **2.** Rent received or accrued | | **3(a)** Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|
| **(a)** From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | **(b)** From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| Total 0. | Total 0. | |

**(c) Total income.** Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A) ▶ 0.    **(b) Total deductions.** Enter here and on page 1, Part I, line 6, column (B) ▶ 0.

### Schedule E - Unrelated Debt-Financed Income (see instructions)

| **1.** Description of debt-financed property | **2.** Gross income from or allocable to debt-financed property | **3.** Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | **(a)** Straight line depreciation (attach schedule) | **(b)** Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| **4.** Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | **5.** Average adjusted basis of or allocable to debt-financed property (attach schedule) | **6.** Column 4 divided by column 5 | **7.** Gross income reportable (column 2 x column 6) | **8.** Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |
| **Totals** ▶ | | | 0. | 0. |
| **Total dividends-received deductions** included in column 8 | | | ▶ | 0. |

Form **990-T** (2019)

Form 990-T (2019)  MERCY HOSPITALS EAST COMMUNITIES                               43-0653493                     Page **4**

### Schedule F - Interest, Annuities, Royalties, and Rents From Controlled Organizations (see instructions)

**Exempt Controlled Organizations**

| 1. Name of controlled organization | 2. Employer identification number | 3. Net unrelated income (loss) (see instructions) | 4. Total of specified payments made | 5. Part of column 4 that is included in the controlling organization's gross income | 6. Deductions directly connected with income in column 5 |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

**Nonexempt Controlled Organizations**

| 7. Taxable Income | 8. Net unrelated income (loss) (see instructions) | 9. Total of specified payments made | 10. Part of column 9 that is included in the controlling organization's gross income | 11. Deductions directly connected with income in column 10 |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| **Totals** ▶ | | | Add columns 5 and 10 Enter here and on page 1, Part I, line 8, column (A) **0.** | Add columns 6 and 11 Enter here and on page 1, Part I, line 8, column (B) **0.** |

### Schedule G - Investment Income of a Section 501(c)(7), (9), or (17) Organization
(see instructions)

| 1. Description of income | 2. Amount of income | 3. Deductions directly connected (attach schedule) | 4. Set-asides (attach schedule) | 5. Total deductions and set-asides (col. 3 plus col. 4) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| **Totals** ▶ | Enter here and on page 1, Part I, line 9, column (A) **0.** | | | Enter here and on page 1, Part I, line 9, column (B) **0.** |

### Schedule I - Exploited Exempt Activity Income, Other Than Advertising Income
(see instructions)

| 1. Description of exploited activity | 2. Gross unrelated business income from trade or business | 3. Expenses directly connected with production of unrelated business income | 4. Net income (loss) from unrelated trade or business (column 2 minus column 3). If a gain, compute cols. 5 through 7 | 5. Gross income from activity that is not unrelated business income | 6. Expenses attributable to column 5 | 7. Excess exempt expenses (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| **Totals** ▶ | Enter here and on page 1, Part I, line 10, col. (A) **0.** | Enter here and on page 1, Part I, line 10, col. (B) **0.** | | | | Enter here and on page 1, Part II, line 25 **0.** |

### Schedule J - Advertising Income (see instructions)

**Part I** Income From Periodicals Reported on a Consolidated Basis

| 1. Name of periodical | 2. Gross advertising income | 3. Direct advertising costs | 4. Advertising gain or (loss) (col. 2 minus col. 3). If a gain, compute cols. 5 through 7 | 5. Circulation income | 6. Readership costs | 7. Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| **Totals** (carry to Part II, line (5)) ▶ | 0. | 0. | | | | 0. |

Form **990-T** (2019)

923731 01-27-20

Form 990-T (2019) MERCY HOSPITALS EAST COMMUNITIES   43-0653493   Page 5

| Part II | Income From Periodicals Reported on a Separate Basis | (For each periodical listed in Part II, fill in columns 2 through 7 on a line-by-line basis.) |

| 1. Name of periodical | 2. Gross advertising income | 3. Direct advertising costs | 4. Advertising gain or (loss) (col. 2 minus col. 3) If a gain, compute cols. 5 through 7 | 5. Circulation income | 6. Readership costs | 7. Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals from Part I ▶ | 0. | 0. | | | | 0. |
| | Enter here and on page 1, Part I, line 11, col. (A) | Enter here and on page 1, Part I, line 11, col. (B) | | | | Enter here and on page 1, Part II, line 26 |
| Totals, Part II (lines 1-5) ▶ | 0. | 0. | | | | 0. |

Schedule K - Compensation of Officers, Directors, and Trustees   (see instructions)

| 1. Name | 2. Title | 3. Percent of time devoted to business | 4. Compensation attributable to unrelated business |
|---|---|---|---|
| (1) | | % | |
| (2) | | % | |
| (3) | | % | |
| (4) | | % | |
| Total. Enter here and on page 1, Part II, line 14 | | ▶ | 0. |

Form **990-T** (2019)

```
MERCY HOSPITALS EAST COMMUNITIES                                43-0653493
```

| Form 990-T | Parent Corporation's Name and Identifying Number | Statement 1 |
|---|---|---|
| Corporation's Name | | Identifying No |
| Mercy Health | | 43-1423050 |

| Form 990-T | Contributions | Statement 2 |
|---|---|---|
| Description/Kind of Property | Method Used to Determine FMV | Amount |
| Various - limited | N/A | 14,232. |
| EMPLOYER LEAVE DONATION UNDER NOTICE 2020-46 | N/A | 118,962. |
| ARCHDIOCESE OF ST LOUIS | N/A | 26,459. |
| RONALD MCDONALD HOUSE CHARITIES | N/A | 20,000. |
| Total to Form 990-T, Page 2, line 34 | | 179,653. |

MERCY HOSPITALS EAST COMMUNITIES                                    43-0653493

| Form 990-T | Contributions Summary | Statement 3 |
|---|---|---|

```
Qualified Contributions Subject to 100% Limit
Qualified Contributions Subject to  25% Limit

Carryover of Prior Years Unused Contributions
   For Tax Year 2014                152,043
   For Tax Year 2015                152,953
   For Tax Year 2016                  3,519
   For Tax Year 2017
   For Tax Year 2018                112,264

Total Carryover                                         420,779
Total Current Year 10% Contributions                    179,653

Total Contributions Available                           600,432
Taxable Income Limitation as Adjusted                     6,837

Excess Contributions                                    593,595
Excess 100% Contributions                                     0
Total Excess Contributions                              593,595

Allowable Contributions Deduction                                          6,837

Total Contribution Deduction                                               6,837
```

| SCHEDULE M (Form 990-T) | **Unrelated Business Taxable Income from an Unrelated Trade or Business** | Entity 1 OMB No 1545-0047 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2019 or other tax year beginning JUL 1, 2019, and ending JUN 30, 2020 ▶ Go to www.irs.gov/Form990T for instructions and the latest information. ▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3). | **2019** Open to Public Inspection for 501(c)(3) Organizations Only |

Name of the organization: MERCY HOSPITALS EAST COMMUNITIES
Employer identification number: 43-0653493

Unrelated Business Activity Code (see instructions) ▶ 621500
Describe the unrelated trade or business ▶ Outside Lab services

### Part I  Unrelated Trade or Business Income

|   |   | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|
| 1a Gross receipts or sales  16,652. | | | | |
| b Less returns and allowances      c Balance ▶ 1c | | 16,652. | | |
| 2 Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 Gross profit Subtract line 2 from line 1c | 3 | 16,652. | | 16,652. |
| 4a Capital gain net income (attach Schedule D) | 4a | | | |
| b Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c Capital loss deduction for trusts | 4c | | | |
| 5 Income (loss) from a partnership or an S corporation (attach statement) | 5 | | | |
| 6 Rent income (Schedule C) | 6 | | | |
| 7 Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 Interest, annuities, royalties, and rents from a controlled organization (Schedule F) | 8 | | | |
| 9 Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 Advertising income (Schedule J) | 11 | | | |
| 12 Other income (See instructions, attach schedule) | 12 | | | |
| 13 **Total.** Combine lines 3 through 12 | 13 | 16,652. | | 16,652. |

### Part II  Deductions Not Taken Elsewhere (See instructions for limitations on deductions.) (Deductions must be directly connected with the unrelated business income.)

| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
|---|---|---|---|
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) (see instructions) | 18 | |
| 19 | Taxes and licenses | 19 | |
| 20 | Depreciation (attach Form 4562)    20 | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return    21a | 21b | |
| 22 | Depletion | 22 | |
| 23 | Contributions to deferred compensation plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Excess exempt expenses (Schedule I) | 25 | |
| 26 | Excess readership costs (Schedule J) | 26 | |
| 27 | Other deductions (attach schedule)    See Statement 4 | 27 | 14,230. |
| 28 | **Total deductions.** Add lines 14 through 27 | 28 | 14,230. |
| 29 | Unrelated business taxable income before net operating loss deduction. Subtract line 28 from line 13 | 29 | 2,422. |
| 30 | Deduction for net operating loss arising in tax years beginning on or after January 1, 2018 (see instructions) | 30 | 0. |
| 31 | Unrelated business taxable income  Subtract line 30 from line 29 | 31 | 2,422. |

LHA   For Paperwork Reduction Act Notice, see instructions.         Schedule M (Form 990-T) 2019

```
MERCY HOSPITALS EAST COMMUNITIES                           43-0653493
```

| Form 990-T (M) | Other Deductions | Statement 4 |
|---|---|---|

| Description | Amount |
|---|---|
| Contract Lab Costs | 14,230. |
| Total to Schedule M, Part II, line 27 | 14,230. |

Form 990-T (2019)　　MERCY HOSPITALS EAST COMMUNITIES　　43-0653493　　Entity 1　　Page 3

### Schedule A - Cost of Goods Sold. Enter method of inventory valuation ▶ N/A

| | | | | | |
|---|---|---|---|---|---|
| 1 Inventory at beginning of year | 1 | | 6 Inventory at end of year | 6 | |
| 2 Purchases | 2 | | 7 **Cost of goods sold.** Subtract line 6 from line 5. Enter here and in Part I, line 2 | 7 | |
| 3 Cost of labor | 3 | | | | |
| 4a Additional section 263A costs (attach schedule) | 4a | | | | |
| b Other costs (attach schedule) | 4b | | 8 Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | Yes | No X |
| 5 **Total.** Add lines 1 through 4b | 5 | | | | |

### Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property) (see instructions)

**1.** Description of property

(1) _____
(2) _____
(3) _____
(4) _____

| | 2. Rent received or accrued | | 3(a) Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|---|
| | (a) From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | (b) From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| Total | 0. | Total  0. | |

(c) Total income. Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A) ▶ 0.　　(b) Total deductions. Enter here and on page 1, Part I, line 6, column (B) ▶ 0.

### Schedule E - Unrelated Debt-Financed Income (see instructions)

| 1. Description of debt-financed property | 2. Gross income from or allocable to debt-financed property | 3. Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | (a) Straight line depreciation (attach schedule) | (b) Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| 4. Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5. Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6. Column 4 divided by column 5 | 7. Gross income reportable (column 2 x column 6) | 8. Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |
| Totals ▶ | | | 0. | 0. |
| Total dividends-received deductions included in column 8 | | | ▶ | 0. |

Form **990-T** (2019)

| SCHEDULE M (Form 990-T) Department of the Treasury Internal Revenue Service | **Unrelated Business Taxable Income from an Unrelated Trade or Business** For calendar year 2019 or other tax year beginning JUL 1, 2019, and ending JUN 30, 2020 ▶ Go to www.irs.gov/Form990T for instructions and the latest information. ▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3). | Entity 2 OMB No 1545-0047 **2019** Open to Public Inspection for 501(c)(3) Organizations Only |
|---|---|---|

Name of the organization: MERCY HOSPITALS EAST COMMUNITIES
Employer identification number: 43-0653493

Unrelated Business Activity Code (see instructions) ▶ 446199
Describe the unrelated trade or business ▶ Optical - Retail

### Part I  Unrelated Trade or Business Income

| | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|
| 1a Gross receipts or sales  785,507. | | | | |
| b Less returns and allowances   c Balance ▶ 1c | | 785,507. | | |
| 2 Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 Gross profit  Subtract line 2 from line 1c | 3 | 785,507. | | 785,507. |
| 4a Capital gain net income (attach Schedule D) | 4a | | | |
| b Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c Capital loss deduction for trusts | 4c | | | |
| 5 Income (loss) from a partnership or an S corporation (attach statement) | 5 | | | |
| 6 Rent income (Schedule C) | 6 | | | |
| 7 Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 Interest, annuities, royalties, and rents from a controlled organization (Schedule F) | 8 | | | |
| 9 Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 Advertising income (Schedule J) | 11 | | | |
| 12 Other income (See instructions, attach schedule) | 12 | | | |
| 13 **Total.** Combine lines 3 through 12 | 13 | 785,507. | | 785,507. |

### Part II  Deductions Not Taken Elsewhere (See instructions for limitations on deductions.) (Deductions must be directly connected with the unrelated business income.)

| | | |
|---|---|---|
| 14 Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 Salaries and wages | 15 | |
| 16 Repairs and maintenance | 16 | |
| 17 Bad debts | 17 | |
| 18 Interest (attach schedule) (see instructions) | 18 | |
| 19 Taxes and licenses | 19 | |
| 20 Depreciation (attach Form 4562)     20 | | |
| 21 Less depreciation claimed on Schedule A and elsewhere on return  21a | 21b | |
| 22 Depletion | 22 | |
| 23 Contributions to deferred compensation plans | 23 | |
| 24 Employee benefit programs | 24 | |
| 25 Excess exempt expenses (Schedule I) | 25 | |
| 26 Excess readership costs (Schedule J) | 26 | |
| 27 Other deductions (attach schedule)        See Statement 5 | 27 | 718,563. |
| 28 **Total deductions.** Add lines 14 through 27 | 28 | 718,563. |
| 29 Unrelated business taxable income before net operating loss deduction  Subtract line 28 from line 13 | 29 | 66,944. |
| 30 Deduction for net operating loss arising in tax years beginning on or after January 1, 2018 (see instructions) | 30 | 0. |
| 31 Unrelated business taxable income  Subtract line 30 from line 29 | 31 | 66,944. |

LHA   For Paperwork Reduction Act Notice, see instructions.                              Schedule M (Form 990-T) 2019

| MERCY HOSPITALS EAST COMMUNITIES | | 43-0653493 |
|---|---|---|
| Form 990-T (M) | Other Deductions | Statement 5 |

| Description | Amount |
|---|---|
| Optical - retail costs | 718,563. |
| Total to Schedule M, Part II, line 27 | 718,563. |

Form 990-T (2019)   MERCY HOSPITALS EAST COMMUNITIES   43-0653493   Entity 2   Page 3

### Schedule A - Cost of Goods Sold. Enter method of inventory valuation ▶ N/A

| | | | | | |
|---|---|---|---|---|---|
| 1 Inventory at beginning of year | 1 | | 6 Inventory at end of year | 6 | |
| 2 Purchases | 2 | | 7 **Cost of goods sold.** Subtract line 6 from line 5. Enter here and in Part I, line 2 | 7 | |
| 3 Cost of labor | 3 | | | | |
| 4a Additional section 263A costs (attach schedule) | 4a | | 8 Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | Yes | No |
| b Other costs (attach schedule) | 4b | | | | |
| 5 **Total.** Add lines 1 through 4b | 5 | | | | X |

### Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property)
(see instructions)

**1.** Description of property
(1)
(2)
(3)
(4)

| **2.** Rent received or accrued | | **3(a)** Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|
| **(a)** From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | **(b)** From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| Total 0. | Total 0. | |

**(c) Total income.** Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A) ▶ 0.

**(b) Total deductions.** Enter here and on page 1, Part I, line 6, column (B) ▶ 0.

### Schedule E - Unrelated Debt-Financed Income (see instructions)

| **1.** Description of debt-financed property | **2.** Gross income from or allocable to debt-financed property | **3.** Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | **(a)** Straight line depreciation (attach schedule) | **(b)** Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| **4.** Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | **5.** Average adjusted basis of or allocable to debt-financed property (attach schedule) | **6.** Column 4 divided by column 5 | **7.** Gross income reportable (column 2 x column 6) | **8.** Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |

| | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |
|---|---|---|
| Totals ▶ | 0. | 0. |
| Total dividends-received deductions included in column 8 ▶ | | 0. |

Form **990-T** (2019)