# Form 990-T — Exempt Organization Business Income Tax Return
## (and proxy tax under section 6033(e))

For calendar year 2017 or other tax year beginning 07/01, 2017, and ending 06/30, 20 18
▶ Go to www.irs.gov/Form990T for instructions and the latest information
▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3)

OMB No 1545-0687
**2017**
Open to Public Inspection for 501(c)(3) Organizations Only

Department of the Treasury
Internal Revenue Service

**A** Check box if address changed: ☐

Name of organization ( ☐ Check box if name changed and see instructions )
**MERCY HEALTH**

**B** Exempt under section
- ☒ 501( C 3 )
- ☐ 408(e)  ☐ 220(e)
- ☐ 408A    ☐ 530(a)
- ☐ 529(a)

Print or Type

Number, street, and room or suite no If a P O box, see instructions
**14528 SOUTH OUTER FORTY RD, STE 100**

City or town, state or province, country, and ZIP or foreign postal code
**CHESTERFIELD, MO 63017**

**D** Employer Identification number (Employees' trust, see instructions)
**43-1423050**

**E** Unrelated business activity codes (See instructions)
**523000**

**C** Book value of all assets at end of year
**2973406313.**

**F** Group exemption number (See instructions) ▶ 0928
**G** Check organization type ▶ ☒ 501(c) corporation  ☐ 501(c) trust  ☐ 401(a) trust  ☐ Other trust

**H** Describe the organization's primary unrelated business activity ▶ PARTNERSHIP INVESTMENTS

**I** During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ▶ ☐ Yes ☒ No
If "Yes," enter the name and identifying number of the parent corporation ▶

**J** The books are in care of ▶ SHANNON SOCK    Telephone number ▶ 314-579-6100

### Part I — Unrelated Trade or Business Income

| | | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | | | | |
| b | Less returns and allowances | c Balance ▶ 1c | | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | | | |
| 3 | Gross profit Subtract line 2 from line 1c | 3 | | | |
| 4a | Capital gain net income (attach Schedule D) | 4a | 1,777,130. | | 1,777,130. |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | 3,047,270. | | 3,047,270. |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from partnerships and S corporations (attach statement) | 5 | -8,608,312. | ATCH 1 | -8,608,312. |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from controlled organizations (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions, attach schedule) | 12 | | | |
| 13 | **Total.** Combine lines 3 through 12 | 13 | -3,783,912. | | -3,783,912. |

### Part II — Deductions Not Taken Elsewhere
(See instructions for limitations on deductions.) (Except for contributions, deductions must be directly connected with the unrelated business income.)

| | | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) | 18 | |
| 19 | Taxes and licenses | 19 | |
| 20 | Charitable contributions (See instructions for limitation rules) | 20 | |
| 21 | Depreciation (attach Form 4562) | 21 | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return | 22a | 22b |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule) | 28 | |
| 29 | **Total deductions.** Add lines 14 through 28 | 29 | |
| 30 | Unrelated business taxable income before net operating loss deduction Subtract line 29 from line 13 | 30 | -3,783,912. |
| 31 | Net operating loss deduction (limited to the amount on line 30) | 31 | |
| 32 | Unrelated business taxable income before specific deduction Subtract line 31 from line 30 | 32 | -3,783,912. |
| 33 | Specific deduction (Generally $1,000, but see line 33 instructions for exceptions) | 33 | 1,000. |
| 34 | **Unrelated business taxable income.** Subtract line 33 from line 32 If line 33 is greater than line 32, enter the smaller of zero or line 32 | 34 | -3,783,912. |

RECEIVED MAY 23 2019 OGDEN, UT — IRS-OSC C148

SCANNED JUN 10 2019

For Paperwork Reduction Act Notice, see instructions.    Form **990-T** (2017)
7X2740 2 000 JSA
6178BC 2256    V 17-7.10

Exhibit 5

Form 990-T (2017)          MERCY HEALTH                                    43-1423050        Page 2

### Part III — Tax Computation

**35 Organizations Taxable as Corporations.** See instructions for tax computation. Controlled group members (sections 1561 and 1563) check here ▶ [X] See instructions and:

a Enter your share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order):
  (1) $ NONE          (2) $ NONE          (3) $ NONE

b Enter organization's share of: (1) Additional 5% tax (not more than $11,750)  $
  (2) Additional 3% tax (not more than $100,000)                                $

c Income tax on the amount on line 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ATCH. 2 ▶ | 35c |

**36** Trusts Taxable at Trust Rates. See instructions for tax computation. Income tax on the amount on line 34 from: [ ] Tax rate schedule or [ ] Schedule D (Form 1041) . . . . . . . ▶ | 36 |

**37** Proxy tax. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 37 |

**38** Alternative minimum tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 |

**39** Tax on Non-Compliant Facility Income. See instructions . . . . . . . . . . . . . . . . . . . | 39 |

**40** Total. Add lines 37, 38 and 39 to line 35c or 36, whichever applies . . . . . . . . . . . . | 40 |

### Part IV — Tax and Payments

**41a** Foreign tax credit (corporations attach Form 1118, trusts attach Form 1116) . . . . . | 41a |
  b Other credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41b |
  c General business credit. Attach Form 3800 (see instructions) . . . . . . . . . . . . . . | 41c |
  d Credit for prior year minimum tax (attach Form 8801 or 8827) . . . . . . . . . . . . . | 41d |
  e Total credits. Add lines 41a through 41d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41e |

**42** Subtract line 41e from line 40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42 |

**43** Other taxes. Check if from: [ ] Form 4255  [ ] Form 8611  [ ] Form 8697  [ ] Form 8866  [ ] Other (attach schedule) | 43 |

**44** Total tax. Add lines 42 and 43 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 44 | 0.

**45a** Payments: A 2016 overpayment credited to 2017 . . . . . . . . . . . . . 50a | 45a | 330,003.
  b 2017 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45b |
  c Tax deposited with Form 8868 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45c |
  d Foreign organizations. Tax paid or withheld at source (see instructions) . . . . . | 45d |
  e Backup withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | 45e |
  f Credit for small employer health insurance premiums (Attach Form 8941) . . . . . | 45f |
  g Other credits and payments: [ ] Form 2439 _____
    [ ] Form 4136 _____  [ ] Other _____  Total ▶ | 45g |

**46** Total payments. Add lines 45a through 45g . . . . . . . . . . . . . . . . . . . . . . . . . . . 51. | 46 | 330,003.

**47** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . . . ▶ [ ] | 47 |

**48** Tax due. If line 46 is less than the total of lines 44 and 47, enter amount owed . . . . . . . . . 54. ▶ | 48 |

55  **49** Overpayment. If line 46 is larger than the total of lines 44 and 47, enter amount overpaid . . . . . 54. ▶ | 49 | 330,003.

  **50** Enter the amount of line 49 you want  Credited to 2018 estimated tax ▶ 330,003.   Refunded ▶ | 50 |

### Part V — Statements Regarding Certain Activities and Other Information (see instructions)

|   |   | Yes | No |
|---|---|---|---|
| **51** | At any time during the 2017 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If YES, the organization may have to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts. If YES, enter the name of the foreign country here ▶ BERMUDA | X |  |
| **52** | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If YES, see instructions for other forms the organization may have to file. |  | X |

**53** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $90.

**Sign Here** ▶ [signature]  _____  ▶ EVP & CFO  
Signature of officer    Date    Title

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? [X] Yes [ ] No

| Paid Preparer Use Only | Print/Type preparer's name: TRICIA M JOHNSON | Preparer's signature: [signature] | Date: 5/15/19 | Check [ ] if self-employed | PTIN: P00627205 |
|---|---|---|---|---|---|
| | Firm's name ▶ ERNST & YOUNG U.S. LLP | | | Firm's EIN ▶ 34-6565596 | |
| | Firm's address ▶ 1900 SCRIPPS CTR, 312 WALNUT ST., CINCINNATI, OH 45202 | | | Phone no. 513-612-1400 | |

Form **990-T** (2017)

JSA
7X2741 2.000
6178BC 2256                 V 17-7.10

Exhibit 5

MERCY HEALTH                                                    43-1423050

Form 990-T (2017)                                                                                              Page **3**

### Schedule A - Cost of Goods Sold. Enter method of inventory valuation ▶

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | | 6 | Inventory at end of year | 6 | |
| 2 | Purchases | 2 | | 7 | Cost of goods sold. Subtract line 6 from line 5 Enter here and in Part I, line 2 | 7 | |
| 3 | Cost of labor | 3 | | | | | |
| 4a | Additional section 263A costs (attach schedule) | 4a | | 8 | Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | Yes | No |
| b | Other costs (attach schedule) | 4b | | | | | X |
| 5 | Total. Add lines 1 through 4b | 5 | | | | | |

### Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property)
(see instructions)

**1. Description of property**

(1)
(2)
(3)
(4)

| 2. Rent received or accrued | | 3(a) Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|
| (a) From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | (b) From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| Total | Total | |
| (c) Total income. Add totals of columns 2(a) and 2(b) Enter here and on page 1, Part I, line 6, column (A) ▶ | | (b) Total deductions. Enter here and on page 1, Part I, line 6, column (B) ▶ |

### Schedule E - Unrelated Debt-Financed Income (see instructions)

| 1 Description of debt-financed property | 2 Gross income from or allocable to debt-financed property | 3 Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | (a) Straight line depreciation (attach schedule) | (b) Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| 4 Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5 Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6 Column 4 divided by column 5 | 7 Gross income reportable (column 2 x column 6) | 8 Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |
| Totals ▶ | | | | |
| Total dividends-received deductions included in column 8 ▶ | | | | |

Form **990-T** (2017)

JSA
7X2742 3 000
6178BC 2256                          V 17-7.10                                     Exhibit 5

Form 990-T (2017)　　MERCY HEALTH　　43-1423050　　Page 4

### Schedule F - Interest, Annuities, Royalties, and Rents From Controlled Organizations (see instructions)

| | | Exempt Controlled Organizations | | | |
|---|---|---|---|---|---|
| 1 Name of controlled organization | 2 Employer identification number | 3 Net unrelated income (loss) (see instructions) | 4 Total of specified payments made | 5 Part of column 4 that is included in the controlling organization's gross income | 6 Deductions directly connected with income in column 5 |
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

**Nonexempt Controlled Organizations**

| 7 Taxable Income | 8. Net unrelated income (loss) (see instructions) | 9. Total of specified payments made | 10 Part of column 9 that is included in the controlling organization's gross income | 11 Deductions directly connected with income in column 10 |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |

Totals ▶ Add columns 5 and 10 — Enter here and on page 1, Part I, line 8, column (A) | Add columns 6 and 11 — Enter here and on page 1, Part I, line 8, column (B)

### Schedule G - Investment Income of a Section 501(c)(7), (9), or (17) Organization (see instructions)

| 1 Description of income | 2 Amount of income | 3 Deductions directly connected (attach schedule) | 4 Set-asides (attach schedule) | 5 Total deductions and set-asides (col 3 plus col 4) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |

Totals ▶ Enter here and on page 1, Part I, line 9, column (A) | | | Enter here and on page 1, Part I, line 9, column (B)

### Schedule I - Exploited Exempt Activity Income, Other Than Advertising Income (see instructions)

| 1 Description of exploited activity | 2 Gross unrelated business income from trade or business | 3 Expenses directly connected with production of unrelated business income | 4 Net income (loss) from unrelated trade or business (column 2 minus column 3) If a gain, compute cols 5 through 7 | 5 Gross income from activity that is not unrelated business income | 6 Expenses attributable to column 5 | 7 Excess exempt expenses (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |

Totals ▶ Enter here and on page 1, Part I, line 10, col (A) | Enter here and on page 1, Part I, line 10, col (B) | | | | Enter here and on page 1, Part II, line 26

### Schedule J - Advertising Income (see instructions)

**Part I  Income From Periodicals Reported on a Consolidated Basis**

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4 Advertising gain or (loss) (col 2 minus col 3) If a gain, compute cols 5 through 7 | 5 Circulation income | 6 Readership costs | 7 Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |

Totals (carry to Part II, line (5)) ▶

Form **990-T** (2017)

JSA
7X2743 3 000
6178BC 2256　　V 17-7.10

Exhibit 5

Case: 4:22-cv-01113-RLW   Doc. #:  20-5   Filed: 04/06/23   Page: 5 of 14 PageID #: 913

Form 990-T (2017)     MERCY HEALTH     43-1423050     Page **5**

### Part II   Income From Periodicals Reported on a Separate Basis (For each periodical listed in Part II, fill in columns 2 through 7 on a line-by-line basis.)

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4 Advertising gain or (loss) (col 2 minus col 3) If a gain, compute cols 5 through 7 | 5 Circulation income | 6 Readership costs | 7 Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals from Part I. ▶ | | | | | | |
| Totals, Part II (lines 1-5) ▶ | Enter here and on page 1, Part I, line 11, col (A) | Enter here and on page 1, Part I, line 11, col (B) | | | | Enter here and on page 1, Part II, line 27 |

### Schedule K - Compensation of Officers, Directors, and Trustees (see instructions)

| 1 Name | 2 Title | 3 Percent of time devoted to business | 4 Compensation attributable to unrelated business |
|---|---|---|---|
| (1) | | % | |
| (2) | | % | |
| (3) | | % | |
| (4) | | % | |
| Total. Enter here and on page 1, Part II, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |

Form **990-T** (2017)

JSA
7X2744 2 000
6178BC 2256     V 17-7.10     Exhibit 5

MERCY HEALTH                                                                                43-1423050

ATTACHMENT 1

FORM 990T - LINE 5 -INCOME (LOSS) FROM PARTNERSHIPS

| | |
|---|---:|
| ANTERO MIDSTREAM PARTNERS L.P. EIN: 46-4109058 | -88,013. |
| BLUEBAY DIRECT LENDING FUND I L.P. EIN: 98-1057978 | 164. |
| BP MIDSTREAM PARTNERS, L.P. EIN: 82-1646447 | -4,580. |
| BUCKEYE PARTNERS L.P. EIN: 23-2432497 | -188,424. |
| CARLYLE REALTY PARTNERS VI, L.P. EIN: 27-3442813 | 233,017. |
| CARLYLE REALTY PARTNERS VII, L.P. EIN: 36-4781632 | -156,130. |
| DOMINION MIDSTREAM PARTNERS L.P. EIN: 46-5135781 | -43,525. |
| EAGLE FUND II, L.P. EIN: 20-8624314 | -45,644. |
| EAGLE FUND III, L.P. EIN: 35-2437369 | -304,826. |
| ENERGY TRANSFER EQUITY L.P. EIN: 30-0108820 | -351,455. |
| ENERGY TRANSFER PARTNERS EIN: 73-1493906 | -234,415. |
| ENTERPRISE PRODUCTS PARTNERS L.P. EIN: 76-0568219 | -897,736. |
| EQT GP HOLDINGS L.P. EIN: 30-0855134 | -19,047. |
| EQT MIDSTREAM PARTNERS, L.P. EIN: 37-1661577 | -223,183. |
| GENESIS ENERGY L.P. EIN: 76-0513049 | -367,369. |
| MAGELLAN MIDSTREAM PARTNERS L.P. EIN: 73-1599053 | -342,098. |
| MPLX LP (MARKWEST) EIN: 27-0005456 | -724,802. |
| NGP NATURAL RESOURCES XI, L.P. EIN: 47-1245315 | -931,398. |
| NOBLE MIDSTREAM PARTNERS EIN: 47-3011449 | 13,647. |
| NUSTAR ENERGY, L.P. EIN: 74-2956831 | -49,865. |
| ONEOK PARTNERS, L.P. EIN: 93-1120873 | -211,931. |
| PHILLIPS 66 PARTNERS L.P. EIN: 38-3899432 | -252,081. |
| PLAINS ALL AMERICAN PIPELINE L.P. EIN: 76-0582150 | -691,830. |
| PRIME STORAGE FUND II, L.P. EIN: 32-0516056 | -505,658. |
| PRIME STORAGE URBAN OPR CO-INVEST EIN: 35-2603173 | -288,195. |
| RIVERSTONE TE/SWF PTRS VI, L.P. EIN: 36-4790074 | -35,813. |
| SHELL MIDSTREAM PARTNERS, L.P. EIN: 46-5223743 | -133,590. |
| SPECTRA ENERGY PARTNERS L.P. EIN: 41-2232463 | -201,025. |
| SUNOCO LOGISTICS PARTNERS L.P. EIN: 23-3096839 | -45,563. |
| TALLGRASS ENERGY PARTNERS EIN: 46-1972941 | -133,451. |
| TESORO LOGISTICS L.P. EIN: 27-4151603 | -481,519. |
| VALERO ENERGY PARTNERS L.P. EIN: 90-1006559 | -45,092. |
| WESTERN GAS EQUITY PARTNERS, L.P. EIN: 46-0967367 | -28,865. |
| WESTERN GAS PARTNERS, L.P. EIN: 26-1075808 | -484,458. |
| WILLIAMS PARTNERS EIN: 20-2485124 | -343,559. |
| INCOME (LOSS) FROM PARTNERSHIPS | -8,608,312. |

MERCY HEALTH

43-1423050
ATTACHMENT 2

FORM 990T - ORGANIZATIONS TAXABLE AS CORPORATIONS - TAX COMPUTATION

| | | |
|---|---|---:|
| 1 | TAXABLE INCOME FROM LINE 34, PAGE 1, 990-T ................ | -3,783,912. |
| 2 | LINE 1 OR THE CORPORATION'S SHARE OF THE $50,000 TAXABLE INCOME BRACKET, WHICHEVER IS LESS ................. | -3,783,912. |
| 3 | SUBTRACT LINE 2 FROM LINE 1 ................................ | |
| 4 | LINE 3 OR THE CORPORATION'S SHARE OF THE $25,000 TAXABLE INCOME BRACKET, WHICHEVER IS LESS ................. | |
| 5 | SUBTRACT LINE 4 FROM LINE 3 ................................ | |
| 6 | LINE 5 OR THE CORPORATION'S SHARE OF THE $9,925,000 TAXABLE INCOME BRACKET, WHICHEVER IS LESS ................. | |
| 7 | SUBTRACT LINE 6 FROM LINE 5 ................................ | |
| 8 | ENTER 15% OF LINE 2 ........................................ | |
| 9 | ENTER 25% OF LINE 4 ........................................ | |
| 10 | ENTER 34% OF LINE 6 ........................................ | |
| 11 | ENTER 35% OF LINE 7 ........................................ | |
| 12 | MEMBER'S SHARE OF ADDITIONAL TAX: (A) 5% OF THE EXCESS OVER $100,000 OR (B) $11,750 ........................ | |
| 13 | MEMBER'S SHARE OF ADDITONAL TAX: (A) 3% OF THE EXCESS OVER $15 MILLION OR (B) $100,000 .................... | |
| 14 | TOTAL OF LINES 8 THROUGH 13. ENTER THIS AMOUNT ON LINE 35C, PAGE 2, 990-T .................................... | |

6178BC 2256

ATTACHMENT 2

Exhibit 5

| Form **4626** | **Alternative Minimum Tax – Corporations** | OMB No 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to the corporation's tax return<br>▶ Go to *www.irs.gov/Form4626* for instructions and the latest information | **2017** |

| Name | Employer identification number |
|---|---|
| Mercy Health | 43-1423050 |

Note: *See the instructions to find out if the corporation is a small corporation exempt from the alternative minimum tax (AMT) under section 55(e)*

| | | | |
|---|---|---|---:|
| 1 | Taxable income or (loss) before net operating loss deduction | 1 | -3,783,912 |
| 2 | **Adjustments and preferences:** | | |
| a | Depreciation of post-1986 property | 2a | 419,982 |
| b | Amortization of certified pollution control facilities | 2b | |
| c | Amortization of mining exploration and development costs | 2c | |
| d | Amortization of circulation expenditures (personal holding companies only) | 2d | |
| e | Adjusted gain or loss | 2e | -10,283 |
| f | Long-term contracts | 2f | |
| g | Merchant marine capital construction funds | 2g | |
| h | Section 833(b) deduction (Blue Cross, Blue Shield, and similar type organizations only) | 2h | |
| i | Tax shelter farm activities (personal service corporations only) | 2i | |
| j | Passive activities (closely held corporations and personal service corporations only) | 2j | |
| k | Loss limitations | 2k | |
| l | Depletion | 2l | |
| m | Tax-exempt interest income from specified private activity bonds | 2m | |
| n | Intangible drilling costs | 2n | 582,484 |
| o | Other adjustments and preferences | 2o | -107,595 |
| 3 | Pre-adjustment alternative minimum taxable income (AMTI) Combine lines 1 through 2o | 3 | -2,899,324 |
| 4 | **Adjusted current earnings (ACE) adjustment:** | | |
| a | ACE from line 10 of the ACE worksheet in the instructions ... 4a | -2,899,324 | |
| b | Subtract line 3 from line 4a If line 3 exceeds line 4a, enter the difference as a negative amount See instructions ... 4b | | |
| c | Multiply line 4b by 75% (0 75) Enter the result as a positive amount ... 4c | | |
| d | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments. See instructions **Note:** *You must enter an amount on line 4d (even if line 4b is positive)* ... 4d | | |
| e | ACE adjustment<br>• If line 4b is zero or more, enter the amount from line 4c<br>• If line 4b is less than zero, enter the **smaller** of line 4c or line 4d as a negative amount | 4e | |
| 5 | Combine lines 3 and 4e If zero or less, stop here, the corporation does not owe any AMT | 5 | -2,899,324 |
| 6 | Alternative tax net operating loss deduction See instructions | 6 | 0 |
| 7 | Alternative minimum taxable income. Subtract line 6 from line 5 If the corporation held a residual interest in a REMIC, see instructions | 7 | 0 |
| 8 | **Exemption phase-out** (if line 7 is $310,000 or more, skip lines 8a and 8b and enter -0- on line 8c) | | |
| a | Subtract $150,000 from line 7 If completing this line for a member of a controlled group, see instructions If zero or less, enter -0- ... 8a | | |
| b | Multiply line 8a by 25% (0 25) ... 8b | | |
| c | Exemption Subtract line 8b from $40,000 If completing this line for a member of a controlled group, see instructions If zero or less, enter -0- | 8c | NONE |
| 9 | Subtract line 8c from line 7 If zero or less, enter -0- | 9 | |
| 10 | Multiply line 9 by 20% (0 20) | 10 | |
| 11 | Alternative minimum tax foreign tax credit (AMTFTC) See instructions | 11 | |
| 12 | Tentative minimum tax Subtract line 11 from line 10 | 12 | |
| 13 | Regular tax liability before applying all credits except the foreign tax credit | 13 | |
| 14 | **Alternative minimum tax.** Subtract line 13 from line 12 If zero or less, enter -0- Enter here and on Form 1120, Schedule J, line 3, or the appropriate line of the corporation's income tax return | 14 | NONE |

For Paperwork Reduction Act Notice, see separate instructions                              Form **4626** (2017)

JSA
7X2400 2 000

<span style="color:red">Exhibit 5</span>

| SCHEDULE D (Form 1120) Department of the Treasury Internal Revenue Service | **Capital Gains and Losses** ▶ Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-H, 1120-IC-DISC, 1120-L, 1120-ND, 1120-PC, 1120-POL, 1120-REIT, 1120-RIC, 1120-SF, or certain Forms 990-T ▶ Go to www.irs.gov/Form1120 for Instructions and the latest information | OMB No 1545-0123 **2017** |
|---|---|---|
| Name MERCY HEALTH | | Employer Identification number 43-1423050 |

### Part I  Short-Term Capital Gains and Losses - Assets Held One Year or Less

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 1a Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions) However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . . . . . . . . | | | | |
| 1b Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . . . . . . | | | | |
| 2  Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . . . . . . | | | | |
| 3  Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . . . . . . | 7,110. | 407 | | 6,703. |

|   |   |   |   |
|---|---|---|---|
| 4 | Short-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Short-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . | 5 | |
| 6 | Unused capital loss carryover (attach computation) . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | (                    ) |
| 7 | Net short-term capital gain or (loss)  Combine lines 1a through 6 in column h . . . . . . . . . . . . . . . | 7 | 6,703. |

### Part II  Long-Term Capital Gains and Losses - Assets Held More Than One Year

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| 8a Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions) However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . . . . . . . . | | | | |
| 8b Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . . . . . . | | | | |
| 9  Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . . . . . . | | | | |
| 10 Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . . . . . . . | 370,341. | | | 370,341. |

|   |   |   |   |
|---|---|---|---|
| 11 | Enter gain from Form 4797, line 7 or 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | 1,400,086. |
| 12 | Long-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . | 12 | |
| 13 | Long-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . | 13 | |
| 14 | Capital gain distributions (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Net long-term capital gain or (loss)  Combine lines 8a through 14 in column h . . . . . . . . . . . . . . | 15 | 1,770,427. |

### Part III  Summary of Parts I and II

|   |   |   |   |
|---|---|---|---|
| 16 | Enter excess of net short-term capital gain (line 7) over net long-term capital loss (line 15) . . . . . . . . . | 16 | 6,703. |
| 17 | Net capital gain  Enter excess of net long-term capital gain (line 15) over net short-term capital loss (line 7) . . . | 17 | 1,770,427. |
| 18 | Add lines 16 and 17  Enter here and on Form 1120, page 1, line 8, or the proper line on other returns  If the corporation has qualified timber gain, also complete Part IV . . . . . . . . . . . . . . . . . . . . . | 18 | 1,777,130. |

Note: If losses exceed gains, see **Capital losses** in the instructions

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.                                                Schedule D (Form 1120) 2017

JSA
7E1801 2 000
6178BC 2256                              V 17-7.10                                              Exhibit 5

| Form **8949** Department of the Treasury Internal Revenue Service | **Sales and Other Dispositions of Capital Assets** ▶ Go to *www.irs gov/Form8949* for instructions and the latest information ▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D | OMB No 1545-0074 **2017** Attachment Sequence No **12A** |
|---|---|---|
| Name(s) shown on return MERCY HEALTH | | Social security number or taxpayer identification number 43-1423050 |

Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker A substitute statement will have the same information as Form 1099-B Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check

**Part I**  **Short-Term.** Transactions involving capital assets you held 1 year or less are short term. For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a, you aren't required to report these transactions on Form 8949 (see instructions).

You *must* check Box A, B, *or* C below. Check only one box. If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need

☐ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
☒ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example 100 sh XYZ Co ) | (b) Date acquired (Mo , day, yr ) | (c) Date sold or disposed of (Mo , day, yr ) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis See the Note below and see *Column (e)* in the separate instructions | Adjustment, if any, to gain or loss If you enter an amount in column (g), enter a code in column (f) See the separate Instructions | | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | (f) Code(s) from instructions | (g) Amount of adjustment | |
| CARLYLE REALTY PARTNERS VII, L P | VARIOUS | VARIOUS | | 407 | | | -407 |
| NGP NATURAL RESOURCES XI, L P | VARIOUS | VARIOUS | 7,110 | | | | 7,110 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts) Enter each total here and include on your Schedule D, line 1b (if **Box A** above is checked), line 2 (if **Box B** above is checked), or line 3 (if **Box C** above is checked) ▶ | | | 7,110 | 407 | | | 6,703 |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis See *Column (g)* in the separate instructions for how to figure the amount of the adjustment

For Paperwork Reduction Act Notice, see your tax return instructions.   Form **8949** (2017)

JSA
7X2615 2 000
6178BC 2256                         V 17-7.10                                    Exhibit 5

Form 8949 (2017)    Attachment Sequence No. 12A    Page 2

| Name(s) shown on return Name and SSN or taxpayer identification no not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| MERCY HEALTH | 43-1423050 |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker A substitute statement will have the same information as Form 1099-B Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check

**Part II** **Long-Term.** Transactions involving capital assets you held more than 1 year are long term For short-term transactions, see page 1.

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a, you aren't required to report these transactions on Form 8949 (see instructions).

You **must** check Box D, E, *or* F below. Check only one box. If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need

☐ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
☐ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
☒ **(F)** Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example 100 sh XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold or disposed (Mo, day, yr) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis See the Note below and see Column (e) in the separate instructions | Adjustment, if any, to gain or loss If you enter an amount in column (g), enter a code in column (f) See the separate Instructions. | | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | (f) Code(s) from instructions | (g) Amount of adjustment | |
| CARLYLE REALTY PARTNERS VI, L P | VARIOUS | VARIOUS | 3,255 | | | | 3,255 |
| CARLYLE REALTY PARTNERS VII, L P | VARIOUS | VARIOUS | 1,464 | | | | 1,464 |
| CARLYLE REALTY PARTNERS VII, L P | VARIOUS | VARIOUS | 55,482 | | | | 55,482 |
| NGP NATURAL RESOURCES XI, L P | VARIOUS | VARIOUS | 1,245 | | | | 1,245 |
| RIVERSTONE TE/SWF PARTNERS VI, L | VARIOUS | VARIOUS | 308,895 | | | | 308,895 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | - |
| | | | | | | | |
| **2 Totals** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts) Enter each total here and include on your Schedule D, line 8b (if Box D above is checked), line 9 (if Box E above is checked), or line 10 (if Box F above is checked) ▶ | | | 370,341 | | | | 370,341 |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis See *Column (g)* in the separate instructions for how to figure the amount of the adjustment

Form **8949** (2017)

JSA
7X2616 2 000

6178BC 2256        V 17-7.10        Exhibit 5

MERCY HEALTH
EIN: 43-1423050

STATEMENT ATTACHED TO AND MADE PART OF EXEMPT
ORGANIZATION BUSINESS INCOME TAX RETURN
FORM 990-T
FOR THE YEAR ENDED JUNE 30, 2018

ATTACHMENT - 751 GAINS

The taxpayer has reported ordinary income upon the disposition of units in the following partnerships, as provided by the Tax Matters General Partner. The amounts reported were determined in accordance with Internal Revenue Code Section 751 and the detailed information is available in the offices of the Tax Matters General Partner upon request.

| Partnership | EIN | 751 Gains |
|---|---|---|
| BUCKEYE PARTNERS LP | 23-2432497 | $ 298,033 |
| ENERGY TRANSFER PARTNERS | 73-1493906 | $ 350,817 |
| EQT MIDSTREAM PARTNERS, LP | 37-1661577 | $ 186,994 |
| GENESIS ENERGY L P | 76-0513049 | $ 580,947 |
| MAGELLAN MIDSTREAM PARTNERS LP | 73-1599053 | $ 52,522 |
| NUSTAR ENERGY, LP | 74-2956831 | $ 48,618 |
| ONEOK PARTNERS, L P | 93-1120873 | $ 1,094,533 |
| PLAINS ALL AMERICAN PIPELINE LP | 76-0582150 | $ 122,190 |
| SPECTRA ENERGY PARTNERS LP | 41-2232463 | $ 312,616 |

Exhibit 5

MERCY HEALTH
EIN: 43-1423050

STATEMENT ATTACHED TO AND MADE PART OF EXEMPT
ORGANIZATION BUSINESS INCOME TAX RETURN
FORM 990-T
FOR THE YEAR ENDED JUNE 30, 2018

LINE 20, CHARITABLE CONTRIBUTIONS CARRYFORWARD:

| YEAR | AMOUNT GENERATED | AMOUNT UTILIZED IN PRIOR YEAR | AMOUNT UTILIZED IN CURRENT YEAR | CARRYFORWARD | EXPIRATION DATE |
|---|---|---|---|---|---|
| 6/30/2016 | 1,101 | | | 1,101 | 6/30/2021 |
| 6/30/2017 | 2,014 | | | 2,014 | 6/30/2022 |
| 6/30/2018 | 5,268 | | | 5,268 | 6/30/2023 |
| | 8,383 | - | - | 8,383 | |

Exhibit 5

MERCY HEALTH
EIN: 43-1423050

STATEMENT ATTACHED TO AND MADE PART OF EXEMPT ORGANIZATION BUSINESS INCOME TAX RETURN
FORM 990-T
FOR THE YEAR ENDED JUNE 30, 2018

LINE 31, NET OPERATING LOSS DEDUCTIONS.

| YEAR | AMOUNT GENERATED | AMOUNT UTILIZED IN PRIOR YEAR | AMOUNT UTILIZED IN CURRENT YEAR | AMOUNT UTILIZED FOR SECTION 965 INCLUSION | NOL CARRYFORWARD | EXPIRATION DATE |
|---|---|---|---|---|---|---|
| 6/30/2004 | 465,094 | 465,094 | - | - | - | 6/30/2024 |
| 6/30/2005 | 28,341 | 28,341 | - | - | - | 6/30/2025 |
| 6/30/2006 | 70,020 | 70,020 | - | - | - | 6/30/2026 |
| 6/30/2007 | 3,018 | 3,018 | - | - | - | 6/30/2027 |
| 6/30/2008 | - | - | - | - | - | 6/30/2028 |
| 6/30/2009 | - | - | - | - | - | 6/30/2029 |
| 6/30/2010 | - | - | - | - | - | 6/30/2030 |
| 6/30/2011 | 1,171,813 | 311,223 | - | 5,169 | 855,421 | 6/30/2031 |
| 6/30/2012 | 1,992,272 | - | - | - | 1,992,272 | 6/30/2032 |
| 6/30/2013 | 1,164,986 | - | - | - | 1,164,986 | 6/30/2033 |
| 6/30/2014 | - | - | - | - | - | 6/30/2034 |
| 6/30/2015 | - | - | - | - | - | 6/30/2035 |
| 6/30/2016 | 400,147 | - | - | - | 400,147 | 6/30/2036 |
| 6/30/2017 | 2,755,836 | - | - | - | 2,755,836 | 6/30/2037 |
| 6/30/2018 | 3,783,912 | - | - | - | 3,783,912 | 6/30/2038 |
| | 11,835,439 | 877,696 | - | 5,169 | 10,952,574 | |

FORM 4626, LINE 6, ALTERNATIVE TAX NET OPERATING LOSS

| YEAR | AMOUNT GENERATED | AMOUNT UTILIZED IN PRIOR YEAR | AMOUNT UTILIZED IN CURRENT YEAR | AMOUNT UTILIZED FOR SECTION 965 INCLUSION | NOL CARRYFORWARD | EXPIRATION DATE |
|---|---|---|---|---|---|---|
| 6/30/2004 | 465,094 | 109,541 | - | 5,169 | 350,384 | 6/30/2024 |
| 6/30/2005 | 28,341 | - | - | - | 28,341 | 6/30/2025 |
| 6/30/2006 | 70,020 | - | - | - | 70,020 | 6/30/2026 |
| 6/30/2007 | 3,018 | - | - | - | 3,018 | 6/30/2027 |
| 6/30/2008 | - | - | - | - | - | 6/30/2028 |
| 6/30/2009 | - | - | - | - | - | 6/30/2029 |
| 6/30/2010 | - | - | - | - | - | 6/30/2030 |
| 6/30/2011 | 1,020,557 | - | - | - | 1,020,557 | 6/30/2031 |
| 6/30/2012 | 1,731,950 | - | - | - | 1,731,950 | 6/30/2032 |
| 6/30/2013 | 948,788 | - | - | - | 948,788 | 6/30/2033 |
| 6/30/2014 | - | - | - | - | - | 6/30/2034 |
| 6/30/2015 | - | - | - | - | - | 6/30/2035 |
| 6/30/2016 | 253,028 | - | - | - | 253,028 | 6/30/2036 |
| 6/30/2017 | 2,413,706 | - | - | - | 2,413,706 | 6/30/2037 |
| 6/30/2018 | 2,899,324 | - | - | - | 2,899,324 | 6/30/2038 |
| | 9,833,826 | 109,541 | - | 5,169 | 9,719,116 | |

Exhibit 5