29393270048020

# Form 990-T — Exempt Organization Business Income Tax Return
### (and proxy tax under section 6033(e))

OMB No 1545-0687

For calendar year 2018 or other tax year beginning 07/01, 2018, and ending 06/30, 2019

**2018**

▶ Go to www.irs.gov/Form990T for instructions and the latest information  1906

▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3)

Department of the Treasury
Internal Revenue Service

Open to Public Inspection for 501(c)(3) Organizations Only

ENVELOPE POSTMARK DATE JUL 15 2020
SCANNED NOV 02 2020
Received in Batching Ogden SEP 16 2020

Form 990-T
286

**A** Check box if address changed ☐

**B** Exempt under section
- ☒ 501( C )( 03 )
- ☐ 408(e)  ☐ 220(e)
- ☐ 408A   ☐ 530(a)
- ☐ 529(a)

**C** Book value of all assets at end of year: 3,016,131,605.

Name of organization ( ☐ Check box if name changed and see instructions )

**MERCY HEALTH**

Number, street, and room or suite no If a P O box, see instructions

**14528 SOUTH OUTER FORTY RD, STE 100**

City or town, state or province, country, and ZIP or foreign postal code

**CHESTERFIELD, MO 63017**

**D** Employer identification number (Employees' trust, see instructions)

**43-1423050**

**E** Unrelated business activity code (See instructions)

**523000**

**F** Group exemption number (See instructions) ▶ 0928

**G** Check organization type ▶ ☒ 501(c) corporation  ☐ 501(c) trust  ☐ 401(a) trust  ☐ Other trust

4

**H** Enter the number of the organization's unrelated trades or businesses ▶ 1  Describe the only (or first) unrelated trade or business here ▶ PARTNERSHIP INVESTMENTS       If only one, complete Parts I-V If more than one, describe the first in the blank space at the end of the previous sentence, complete Parts I and II, complete a Schedule M for each additional trade or business, then complete Parts III-V

**I** During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . ▶  ☐ Yes  ☒ No
If "Yes," enter the name and identifying number of the parent corporation ▶

**J** The books are in care of ▶ SHANNON SOCK       Telephone number ▶ 314-579-6100

## Part I — Unrelated Trade or Business Income

| | | | (A) Income | (B) Expenses | (C) Net |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | | | | |
| b | Less returns and allowances    c Balance ▶ | 1c | | | |
| 2 | Cost of goods sold (Schedule A line 7) | 2 | | | |
| 3 | Gross profit Subtract line 2 from line 1c | 3 | | | |
| 4a | Capital gain net income (attach Schedule D) | 4a | 1,487,939. | | 1,487,939. |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | 12,503,032. | | 12,503,032. |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from a partnership or an S corporation (attach statement) | 5 | -11,104,793. | ATCH 1 | -11,104,793. |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from a controlled organization (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9) or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions, attach schedule) | 12 | | | |
| 13 | **Total.** Combine lines 3 through 12 | 13 | 2,886,178. | | 2,886,178. |

## Part II — Deductions Not Taken Elsewhere
(See instructions for limitations on deductions ) (Except for contributions, deductions must be directly connected with the unrelated business income )

RECEIVED JUL 24 2020 C333 IRS-OSC OGDEN, UT

| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
|---|---|---|---|
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) (see instructions) | 18 | |
| 19 | Taxes and licenses | 19 | |
| 20 | Charitable contributions (See instructions for limitation rules)  ATCH 2 | 20 | 13,045. |
| 21 | Depreciation (attach Form 4562) | 21 | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return   22a | 22b | |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule) | 28 | |
| 29 | **Total deductions** Add lines 14 through 28 | 29 | 13,045. |
| 30 | Unrelated business taxable income before net operating loss deduction Subtract line 29 from line 13 | 30 | 2,873,133. |
| 31 | Deduction for net operating loss arising in tax years beginning on or after January 1, 2018 (see instructions) | 31 | |
| 32 | Unrelated business taxable income Subtract line 31 from line 30 | 32 | 2,873,133 |

For Paperwork Reduction Act Notice, see instructions.

Form **990-T** (2018)

8X2740 1 000  JSA
6178BC 2256       V 18-8.3F

341

3

Exhibit 6

MERCY HEALTH                                                          43-1423050

Form 990-T (2018)                                                                    Page **2**

### Part III — Total Unrelated Business Taxable Income

| | | |
|---|---|---:|
| 33 | Total of unrelated business taxable income computed from all unrelated trades or businesses (see instructions) | 2,873,133. |
| 34 | Amounts paid for disallowed fringes | |
| 35 | Deduction for net operating loss arising in tax years beginning before January 1, 2018 (see instructions) | 2,873,133. |
| 36 | Total of unrelated business taxable income before specific deduction Subtract line 35 from the sum of lines 33 and 34 | |
| 37 | Specific deduction (Generally $1,000, but see line 37 instructions for exceptions) | 1,000. |
| 38 | Unrelated business taxable income. Subtract line 37 from line 36 If line 37 is greater than line 36, enter the smaller of zero or line 36 | 0. |

### Part IV — Tax Computation

| | | |
|---|---|---:|
| 39 | Organizations Taxable as Corporations. Multiply line 38 by 21% (0 21) | |
| 40 | Trusts Taxable at Trust Rates. See instructions for tax computation Income tax on the amount on line 38 from. ☐ Tax rate schedule or ☐ Schedule D (Form 1041) | |
| 41 | Proxy tax. See instructions | |
| 42 | Alternative minimum tax (trusts only) | |
| 43 | Tax on Noncompliant Facility Income. See instructions | |
| 44 | Total. Add lines 41, 42, and 43 to line 39 or 40, whichever applies | |

### Part V — Tax and Payments

| | | | |
|---|---|---|---:|
| 45 a | Foreign tax credit (corporations attach Form 1118, trusts attach Form 1116) | 45a | |
| b | Other credits (see instructions) | 45b | |
| c | General business credit Attach Form 3800 (see instructions) | 45c | |
| d | Credit for prior year minimum tax (attach Form 8801 or 8827) | 45d | |
| e | Total credits. Add lines 45a through 45d | 45e | |
| 46 | Subtract line 45e from line 44 | 46 | |
| 47 | Other taxes. Check if from ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | 47 | |
| 48 | Total tax. Add lines 46 and 47 (see instructions) | 48 | 0. |
| 49 | 2018 net 965 tax liability paid from Form 965-A or Form 965-B, Part II, column (k), line 2 | 49 | |
| 50 a | Payments A 2017 overpayment credited to 2018 | 50a | 330,003. |
| b | 2018 estimated tax payments | 50b | |
| c | Tax deposited with Form 8868 | 50c | |
| d | Foreign organizations' Tax paid or withheld at source (see instructions) | 50d | |
| e | Backup withholding (see instructions) | 50e | |
| f | Credit for small employer health insurance premiums (attach Form 8941) | 50f | |
| g | Other credits, adjustments, and payments ☐ Form 2439 ____ ☐ Form 4136 ____ ☐ Other ____ Total ▶ | 50g | |
| 51 | Total payments. Add lines 50a through 50g | 51 | 330,003. |
| 52 | Estimated tax penalty (see instructions) Check if Form 2220 is attached ☐ | 52 | |
| 53 | Tax due. If line 51 is less than the total of lines 48, 49, and 52, enter amount owed | 53 | |
| 54 | Overpayment. If line 51 is larger than the total of lines 48, 49, and 52, enter amount overpaid | 54 | 330,003. |
| 55 | Enter the amount of line 54 you want   Credited to 2019 estimated tax ▶ ____    Refunded ▶ | 55 | 330,003. |

### Part VI — Statements Regarding Certain Activities and Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 56 | At any time during the 2018 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If "Yes," the organization may have to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts If "Yes," enter the name of the foreign country here ▶ BERMUDA | X | |
| 57 | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," see instructions for other forms the organization may have to file | | X |
| 58 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $971. | | |

**Sign Here**   Under penalties of perjury I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

Signature of officer    Date 07-13-2020    Title EVP + CFO

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check if self-employed | PTIN |
|---|---|---|---|---|
| JENNIFER RICHTER | Jennifer Richter | 10-Jul-2020 | ☐ | P00366526 |

Firm's name ▶ ERNST & YOUNG U.S. LLP                      Firm's EIN ▶ 34-6565596
Firm's address ▶ 190 CARONDELET PLAZA, ST 1300, CLAYTON, MO 63105    Phone no 314-290-1000

JSA                                                                              Form **990-T** (2018)
8X2741 1 000
6178BC 2256                          V 18-8.3F

**Exhibit 6**

MERCY HEALTH                                                                      43-1423050

Form 990-T (2018)                                                                          Page **3**

### Schedule A - Cost of Goods Sold. Enter method of inventory valuation ▶

| | | | | | |
|---|---|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | 6 Inventory at end of year | **6** | |
| 2 | Purchases | **2** | 7 **Cost of goods sold** Subtract line 6 from line 5 Enter here and in Part I, line 2 | **7** | |
| 3 | Cost of labor | **3** | | | |
| 4a | Additional section 263A costs (attach schedule) | **4a** | 8 Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? | **Yes** | **No** X |
| b | Other costs (attach schedule) | **4b** | | | |
| 5 | Total. Add lines 1 through 4b | **5** | | | |

### Schedule C - Rent Income (From Real Property and Personal Property Leased With Real Property)
(see instructions)

**1** Description of property

(1) _____
(2) _____
(3) _____
(4) _____

| 2 Rent received or accrued | | 3(a) Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|
| (a) From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | (b) From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| Total | Total | **(b) Total deductions.** Enter here and on page 1, Part I, line 6, column (B) ▶ |
| **(c) Total income** Add totals of columns 2(a) and 2(b) Enter here and on page 1, Part I, line 6, column (A) ▶ | | |

### Schedule E - Unrelated Debt-Financed Income (see instructions)

| 1 Description of debt-financed property | 2 Gross income from or allocable to debt-financed property | 3 Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| | | (a) Straight line depreciation (attach schedule) | (b) Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| 4 Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | 5 Average adjusted basis of or allocable to debt-financed property (attach schedule) | 6 Column 4 divided by column 5 | 7 Gross income reportable (column 2 x column 6) | 8 Allocable deductions (column 6 x total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A) | Enter here and on page 1, Part I, line 7, column (B) |

Totals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

Total dividends-received deductions included in column 8 . . . . . . . . . . . . . . . . . . . . . . . . . ▶

Form **990-T** (2018)

Form 990-T (2018)   MERCY HEALTH   43-1423050   Page **4**

### Schedule F—Interest, Annuities, Royalties, and Rents From Controlled Organizations (see instructions)

| 1 Name of controlled organization | 2 Employer identification number | Exempt Controlled Organizations ||||
|---|---|---|---|---|---|
| | | 3 Net unrelated income (loss) (see instructions) | 4 Total of specified payments made | 5 Part of column 4 that is included in the controlling organization's gross income | 6 Deductions directly connected with income in column 5 |
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |

**Nonexempt Controlled Organizations**

| 7 Taxable Income | 8 Net unrelated income (loss) (see instructions) | 9 Total of specified payments made | 10 Part of column 9 that is included in the controlling organization's gross income | 11 Deductions directly connected with income in column 10 |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| | | | Add columns 5 and 10 Enter here and on page 1, Part I, line 8, column (A) | Add columns 6 and 11 Enter here and on page 1, Part I, line 8, column (B) |
| Totals ▶ | | | | |

### Schedule G—Investment Income of a Section 501(c)(7), (9), or (17) Organization (see instructions)

| 1 Description of income | 2 Amount of income | 3 Deductions directly connected (attach schedule) | 4 Set-asides (attach schedule) | 5 Total deductions and set-asides (col 3 plus col 4) |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| | Enter here and on page 1, Part I, line 9, column (A) | | | Enter here and on page 1, Part I, line 9, column (B) |
| Totals ▶ | | | | |

### Schedule I—Exploited Exempt Activity Income, Other Than Advertising Income (see instructions)

| 1 Description of exploited activity | 2 Gross unrelated business income from trade or business | 3 Expenses directly connected with production of unrelated business income | 4 Net income (loss) from unrelated trade or business (column 2 minus column 3) If a gain, compute cols 5 through 7 | 5 Gross income from activity that is not unrelated business income | 6 Expenses attributable to column 5 | 7 Excess exempt expenses (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| | Enter here and on page 1, Part I, line 10, col (A) | Enter here and on page 1, Part I, line 10, col (B) | | | | Enter here and on page 1, Part II, line 26 |
| Totals ▶ | | | | | | |

### Schedule J—Advertising Income (see instructions)

**Part I   Income From Periodicals Reported on a Consolidated Basis**

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4 Advertising gain or (loss) (col 2 minus col 3) If a gain, compute cols 5 through 7 | 5 Circulation income | 6 Readership costs | 7 Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals (carry to Part II, line (5)) ▶ | | | | | | |

Form **990-T** (2018)

Form 990-T (2018)  MERCY HEALTH  43-1423050  Page **5**

| Part II | Income From Periodicals Reported on a Separate Basis (For each periodical listed in Part II, fill in columns 2 through 7 on a line-by-line basis.) |

| 1 Name of periodical | 2 Gross advertising income | 3 Direct advertising costs | 4 Advertising gain or (loss) (col 2 minus col 3) If a gain, compute cols 5 through 7 | 5 Circulation income | 6 Readership costs | 7 Excess readership costs (column 6 minus column 5, but not more than column 4) |
|---|---|---|---|---|---|---|
| (1) | | | | | | |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| Totals from Part I . . . . . . ▶ | | | | | | |
| | Enter here and on page 1, Part I, line 11, col (A) | Enter here and on page 1, Part I, line 11, col (B) | | | | Enter here and on page 1, Part II, line 27 |
| Totals, Part II (lines 1-5) . . . . ▶ | | | | | | |

### Schedule K - Compensation of Officers, Directors, and Trustees (see instructions)

| 1 Name | 2 Title | 3 Percent of time devoted to business | 4 Compensation attributable to unrelated business |
|---|---|---|---|
| (1) | | % | |
| (2) | | % | |
| (3) | | % | |
| (4) | | % | |
| **Total** Enter here and on page 1, Part II, line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |

Form **990-T** (2018)

Exhibit 6

MERCY HEALTH                                                                 43-1423050

ATTACHMENT 1

FORM 990T - LINE 5 -INCOME (LOSS) FROM PARTNERSHIPS OR S CORPORATIONS

| | |
|---|---:|
| ANDEAVOR LOGISTICS, L.P. EIN: 27-4151603 | -114,447. |
| ANTERO MIDSTREAM PARTNERS L.P. EIN: 46-4109058 | -142,166. |
| BP MIDSTREAM PARTNERS, L.P. EIN: 82-1646447 | -10,592. |
| BUCKEYE PARTNERS L.P. EIN: 23-2432497 | -73,738. |
| CARLYLE REALTY PARTNERS VI, L.P. EIN: 27-3442813 | -118,049. |
| CARLYLE REALTY PARTNERS VII, L.P. EIN: 36-4781632 | -162,421. |
| CB OP AGGREGATOR I, L.P. EIN: 82-5256121 | -14,483. |
| CHARLESBANK EQUITY FUND IX, L.P. EIN: 35-2600984 | -351,471. |
| CLARUS IV-B, L.P. EIN: 82-1051098 | 10,779. |
| CNX MIDSTREAM PARTNERS L.P. EIN: 47-1054194 | -53,836. |
| DOMINION EN. MIDSTREAM PTSHIP L.P. EIN: 46-5135781 | -35,934. |
| EAGLE FUND II, L.P. EIN: 20-8624314 | 463,255. |
| EAGLE FUND III, L.P. EIN: 35-2437369 | -250,500. |
| ENERGY TRANSFER L.P. EIN: 30-0108820 | -756,324. |
| ENERGY TRANSFER OPERATING L.P. EIN: 73-1493906 | -405,919. |
| ENLINK MIDSTREAM PARTNERS L.P. EIN: 16-1616605 | -153,801. |
| ENTERPRISE PRODUCTS PARTNERS L.P. EIN: 76-0568219 | -453,607. |
| EQGP HOLDINGS L.P. EIN: 30-0855134 | -104,313. |
| EQT MIDSTREAM PARTNERS L.P. EIN: 37-1661577 | -130,964. |
| GENESIS ENERGY L.P. EIN: 76-0513049 | -209,468. |
| ICAHN ENTERPRISES L.P. EIN: 13-3398766 | 15,012. |
| MAGELLAN MIDSTREAM PARTNERS L.P. EIN: 73-1599053 | -173,347. |
| MPLX L.P. (MARKWEST) EIN: 27-0005456 | -562,457. |
| NGL ENERGY PARTNERS L.P. EIN: 27-3427920 | -205,015. |
| NGP NATURAL RESOURCES XI L.P. EIN: 47-1245315 | -1,352,911. |
| NOBLE MIDSTREAM PARTNERS EIN: 47-3011449 | -98,590. |
| OAKTREE OPP. FUND XB AIF CJ L.P. EIN: 98-1208442 | 133. |
| OAKTREE OPPORTUNITIES FUND XB L.P. EIN: 98-1187852 | -612. |
| PHILLIPS 66 PARTNERS L.P. EIN: 38-3899432 | -162,015. |
| PLAINS ALL AMERICAN PIPELINE L.P. EIN: 76-0582150 | -191,503. |
| PRIME STORAGE FUND II L.P. EIN: 32-0516056 | -1,114,850. |
| PRIME STG URBAN OPP. COINVEST L.P. EIN: 35-2603173 | -2,952,392. |
| RIVERSTONE TE/SWF PARTNERS VI L.P. EIN: 36-4790074 | -6,446. |
| SHELL MIDSTREAM PARTNERS L.P. EIN: 46-5223743 | -102,639. |
| SPECTRA ENERGY PARTNERS L.P. EIN: 41-2232463 | -111,410. |
| TALLGRASS ENERGY PARTNERS EIN: 46-1972941 | -7,278. |
| VALERO ENERGY PARTNERS L.P. EIN: 90-1006559 | -31,094. |
| WESTERN GAS EQUITY PARTNERS L.P. EIN: 46-0967367 | -145,202. |
| WESTERN GAS PARTNERS L.P. EIN: 26-1075808 | -415,371. |
| WILLIAMS PARTNERS EIN: 20-2485124 | -418,807. |
| INCOME (LOSS) FROM PARTNERSHIPS | -11,104,793. |

MERCY HEALTH

ATTACHMENT 2

FORM 990T - PART II - LINE 20 - CHARITABLE CONTRIBUTIONS

```
UNRELATED TRADE OR BUSINESS INCOME                                           2,886,178.
   ADD:  DOMESTIC PRODUCTION ACTIVITIES DEDUCTION (DPAD)                             0.
   LESS: DEDUCTIONS W/O CHARITABLE CONTRIBUTIONS & DPAD & NOL CARRYOVER              0.
         NOL CARRYOVER                                                       2,873,133.
                                                                               *   10%
CHARITABLE CONTRIBUTION LIMITATION (10%)                                       288,618.

CHARITABLE CONTRIBUTION                                                         13,045.

CHARITABLE CONTRIBUTION DEDUCTION (SMALLER OF THE ABOVE TWO)                    13,045.
```

6178BC 2256                         V 18-8.3F

Exhibit 6

| SCHEDULE D (Form 1120) Department of the Treasury Internal Revenue Service | Capital Gains and Losses<br>▶ Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-H, 1120-IC-DISC, 1120-L, 1120-ND, 1120-PC, 1120-POL, 1120-REIT, 1120-RIC, 1120-SF, or certain Forms 990-T<br>▶ Go to www.irs.gov/Form1120 for instructions and the latest information | OMB No 1545-0123<br>2018 |
|---|---|---|
| Name<br>MERCY HEALTH | | Employer identification number<br>43-1423050 |

### Part I  Short-Term Capital Gains and Losses (See instructions)

| See instructions for how to figure the amounts to enter on the lines below<br>This form may be easier to complete if you round off cents to whole dollars | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions) However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . . . . . . . . . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . . . . . . . . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . . . . . . . . | 10,685. | 73 | | 10,612. |

| | | | |
|---|---|---|---|
| **4** Short-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . . . | **4** | | |
| **5** Short-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . | **5** | | |
| **6** Unused capital loss carryover (attach computation) . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | ( | ) |
| **7** Net short-term capital gain or (loss) Combine lines 1a through 6 in column h . . . . . . . . . . . . . . . | **7** | | 10,612. |

### Part II  Long-Term Capital Gains and Losses (See instructions)

| See instructions for how to figure the amounts to enter on the lines below<br>This form may be easier to complete if you round off cents to whole dollars | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions) However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . . . . . . . . . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . . . . . . . . . | 230,270. | 1,180. | | 229,090. |

| | | |
|---|---|---|
| **11** Enter gain from Form 4797, line 7 or 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 1,248,237 |
| **12** Long-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . . . . | **12** | |
| **13** Long-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . . . . | **13** | |
| **14** Capital gain distributions (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** Net long-term capital gain or (loss) Combine lines 8a through 14 in column h . . . . . . . . . . . . . . . | **15** | 1,477,327. |

### Part III  Summary of Parts I and II

| | | |
|---|---|---|
| **16** Enter excess of net short-term capital gain (line 7) over net long-term capital loss (line 15) . . . . . . . . . . . | **16** | 10,612. |
| **17** Net capital gain Enter excess of net long-term capital gain (line 15) over net short-term capital loss (line 7) . . . | **17** | 1,477,327. |
| **18** Add lines 16 and 17 Enter here and on Form 1120, page 1, line 8, or the proper line on other returns . . . . . . | **18** | 1,487,939. |

Note. If losses exceed gains, see **Capital losses** in the instructions

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.    Schedule D (Form 1120) 2018

JSA
8E1801 1 000
6178BC 2256    V 18-8 3F

Exhibit 6

| Form **8949** Department of the Treasury Internal Revenue Service | **Sales and Other Dispositions of Capital Assets** ▶ Go to *www.irs.gov/Form8949* for instructions and the latest information. ▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D. | OMB No 1545-0074 **2018** Attachment Sequence No **12A** |
|---|---|---|
| Name(s) shown on return MERCY HEALTH | | Social security number or taxpayer identification number 43-1423050 |

Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker A substitute statement will have the same information as Form 1099-B Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check

**Part I**  **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions) For long-term transactions, see page 2

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required Enter the totals directly on Schedule D, line 1a, you aren't required to report these transactions on Form 8949 (see instructions)

You **must** check Box A, B, **or** C below. **Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need

- ☐ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- ☒ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example 100 sh XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold or disposed of (Mo, day, yr) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis See the Note below and see *Column (e)* in the separate instructions | Adjustment, if any, to gain or loss If you enter an amount in column (g), enter a code in column (f) See the separate instructions | | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | (f) Code(s) from instructions | (g) Amount of adjustment | |
| CARLYLE REALTY PARTNERS VII, L P | VARIOUS | VARIOUS | 10,685 | | | | 10,685 |
| NGP NATURAL RESOURCES XI, L P | VARIOUS | VARIOUS | | 55 | | | -55 |
| OAKTREE OPPORTUNITIES FUND XB, LP | VARIOUS | VARIOUS | | 18 | | | -18 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts) Enter each total here and include on your Schedule D, line 1b (if Box A above is checked), line 2 (if Box B above is checked), or line 3 (if Box C above is checked) ▶ | | | 10,685 | 73 | | | 10,612 |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis See *Column (g)* in the separate instructions for how to figure the amount of the adjustment

For Paperwork Reduction Act Notice, see your tax return instructions.
Form **8949** (2018)

JSA
8X2615 1 000
6178BC 2256           V 18-8.3F

Exhibit 6

| Form 8949 (2018) | | | | | | | Attachment Sequence No **12A** | Page **2** |

| Name(s) shown on return Name and SSN or taxpayer identification no not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| MERCY HEALTH | 43-1423050 |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker A substitute statement will have the same information as Form 1099-B Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check*

**Part II**  **Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions) For short-term transactions, see page 1

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required Enter the totals directly on Schedule D, line 8a, you aren't required to report these transactions on Form 8949 (see instructions)

You *must* check Box D, E, *or* F below Check only one box. If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need

☐ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
☐ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
☒ **(F)** Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example 100 sh XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold or disposed of (Mo, day, yr) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis See the Note below and see *Column (e)* in the separate instructions | Adjustment, if any, to gain or loss If you enter an amount in column (g), enter a code in column (f) See the separate instructions | | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | (f) Code(s) from instructions | (g) Amount of adjustment | |
| CARLYLE REALTY PARTNERS VI, L P | VARIOUS | VARIOUS | | 1,180 | | | -1,180 |
| CARLYLE REALTY PARTNERS VII, L P | VARIOUS | VARIOUS | 9,519 | | | | 9,519 |
| NGP NATURAL RESOURCES XI, L P | VARIOUS | VARIOUS | 1,592 | | | | 1,592 |
| RIVERSTONE TE/SWF PARTNERS VI, LP | VARIOUS | VARIOUS | 219,159 | | | | 219,159 |
| | | | | | | | |
| **2 Totals** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts) Enter each total here and include on your Schedule D, line 8b (if Box D above is checked), line 9 (if Box E above is checked), or line 10 (if Box F above is checked) ▶ | | | 230,270 | 1,180 | | | 229,090 |

**Note.** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis See *Column (g)* in the separate instructions for how to figure the amount of the adjustment

Form **8949** (2018)

JSA
8X2616 1 000

6178BC 2256          V 18-8.3F

Exhibit 6

Attachment 4

MERCY HEALTH
EIN: 43-1423050

STATEMENT ATTACHED TO AND MADE PART OF EXEMPT
ORGANIZATION BUSINESS INCOME TAX RETURN
FORM 990-T
FOR THE YEAR ENDED JUNE 30, 2019

LINE 20, CHARITABLE CONTRIBUTIONS CARRYFORWARD.

| YEAR | AMOUNT GENERATED | AMOUNT UTILIZED IN PRIOR YEAR | AMOUNT UTILIZED IN CURRENT YEAR | CARRYFORWARD | EXPIRATION DATE |
|---|---|---|---|---|---|
| 6/30/2016 | 1,101 | | 1,101 | - | 6/30/2021 |
| 6/30/2017 | 2,014 | | 2,014 | - | 6/30/2022 |
| 6/30/2018 | 5,268 | | 5,268 | - | 6/30/2023 |
| 6/30/2019 | 4,662 | | 4,662 | - | 6/30/2024 |
| | 13,045 | - | 13,045 | - | |

Exhibit 6

Attachment 5

MERCY HEALTH
EIN: 43-1423050

STATEMENT ATTACHED TO AND MADE PART OF EXEMPT
ORGANIZATION BUSINESS INCOME TAX RETURN FORM
990-T
FOR THE YEAR ENDED JUNE 30, 2019

LINE 31, NET OPERATING LOSS DEDUCTIONS:

| YEAR | AMOUNT GENERATED | AMOUNT UTILIZED IN PRIOR YEAR | AMOUNT UTILIZED IN CURRENT YEAR | AMOUNT USED FOR SECTION 965 INCLUSION | NOL CARRYFORWARD |
|---|---|---|---|---|---|
| 6/30/2011 | 1,171,813 | 316,392 | 855,421 | - | - |
| 6/30/2012 | 1,992,272 | - | 1,992,272 | - | - |
| 6/30/2013 | 1,164,986 | - | 25,440 | - | 1,139,546 |
| 6/30/2014 | - | - | - | - | - |
| 6/30/2015 | - | - | - | - | - |
| 6/30/2016 | 400,147 | - | - | - | 400,147 |
| 6/30/2017 | 2,755,836 | - | - | - | 2,755,836 |
| 6/30/2018 | 3,783,912 | - | - | - | 3,783,912 |
| | 11,268,966 | 316,392 | 2,873,133 | - | 8,079,441 |

Exhibit 6