

| Overview | 2.2K Reviews | 3.9K Jobs | 2.6K Salaries | 260 Interviews | 651 Benefits | 48 Photos | 755 Diversity | | Follow | + Add a Review |

## Diversity Programs & Initiatives

Mercy is an equal opportunity employer valuing all job seekers, including individuals with disabilities. We're proud to foster a culture that cherishes every person as created in the image of God. We believe race, gender, sexual orientation, religion, ethnicity, nationality, status as a protected veteran and the other unique characteristics that make us who we are should have nothing to do with our hiring practices. Join us on our journey to continue upholding an environment where inclusion is valued and leveraged to create a more diverse and stronger workforce.



HR Recruitment social media short 2 083117

From an accredited hospital

Watch later  Share

Watch on ▶ YouTube

Exhibit 8



## Why Mercy?

  

### Health & Wellness

Your health, well-being and development are important to you, and they are equally valued by Mercy. We offer a wide-reaching benefits package that allows our co-workers to take care of themselves and their families. Both full-time and part-time co-workers are eligible for a variety of benefits! Click here to learn more.

### Diversity & Inclusion

We're proud to create a culture that cherishes every person in the image of God. We believe the diversity of race, gender, sexual orientation, disability, religion, ethnicity, nationality, status as a protected veteran and any other unique characteristics that make us who we are should have nothing to do with our hiring practices. Join us on our journey to continue fostering an environment where inclusion is valued and leveraged.

### Career Development

Mercy encourages professional growth and development of all co-workers by providing financial assistance so you can accomplish educational and career goals. As you pursue lifelong learning opportunities, Mercy is here to support you along the way. Join a team of excellence, compassion and fulfillment.

### Stay Informed with Mercy's Latest Job Openings!

Join Mercy's Talent Community and receive tailored job alerts about new openings that are aligned with your interests! We'll also send you updates about what we're working on from time-to-time and invites to upcoming recruitment events. Be the first to know and never miss out on the chance to apply to your dream job again!



Exhibit 8