# Mandatory COVID-19 Vaccine Policy
## Frequently Asked Questions

1. **Why is Mercy requiring the COVID-19 vaccine?**
   The evidence is clear. The COVID-19 vaccines are safe and effective at preventing the spread of the virus, as well as hospitalizations and death. The responsible course of action is to require the vaccination of all personnel as outlined in question #2 below. Mercy believes it is critical that we require vaccinations to protect our patients and staff and to set an example to the broader community as we work together to end the pandemic.

2. **When is the policy requiring COVID-19 vaccination going into effect?**
   Effective July 7, 2021, as a condition of employment, appointment to the medical, residency, or allied staff, or access to work in Mercy facilities, all co-workers (regardless of work location), physicians (integrated and independent), credentialed medical staff (as well as their employed or sponsored advanced practice professionals and clinical assistants), students, residents, interns, fellows, volunteers, clergy, contracted personnel, vendors, and any others who conduct business, work or perform services in Mercy facilities must receive the complete dosing regimen of one of the approved COVID-19 vaccines or possess an approved exemption by September 30, 2021. As of September 30, 2021, all new hires must receive the vaccine before commencing employment with Mercy.

3. **Why is this being put in place prior to the vaccine receiving full approval by the FDA?**
   Mandating the vaccine was not a decision we made lightly. Throughout the clinical trials and administration under emergency use authorization (EUA), the vaccines have proven to be extremely effective and safe. Across the country, there is high confidence that it is only a matter of time before the FDA grants full approval. To date, COVID-19 vaccines have been administered to over 171 million Americans – more than half the country – and the number increases each day. The currently authorized vaccines have very similar safety profiles to other required vaccines and are as or more effective than other required vaccines.

4. **At first, Mercy did not require co-workers to get the vaccine. What changed?**
   In mid-December 2020, the first vaccines for SARS CoV-2 – the virus that causes COVID-19 – were released under an Emergency Use Authorization. We did not immediately require the vaccine because, as other health systems, we wanted more information about safety and effectiveness of the vaccines to become available. Since then, **more than 2 billion vaccine doses have been administered worldwide**, and the vaccines have proven to be highly effective and safe. Despite all the progress we have made in administering the vaccine in the United States, COVID-19-related outbreaks and deaths can occur in health care facilities when unvaccinated staff spread infection to at-risk patients. We believe the responsible course of action is to require vaccination of all our co-workers and clinical staff for the protection of our patients and staff.

5. **Who must get vaccinated under this policy?**
   All Mercy co-workers (regardless of work location), physicians (integrated and independent), credentialed medical staff (as well as their employed or sponsored advanced practice professionals and clinical assistants), students, residents, interns, fellows, volunteers, clergy, contracted personnel, vendors, and any others who conduct business, work or perform services in Mercy facilities must comply with Mercy's mandatory COVID-19 vaccination policy. This policy also applies to all personnel listed here who have had COVID-19 infection as well as those who have COVID-19 antibodies.

6. **Were the vaccines approved by the Food and Drug Administration (FDA)?**
   The FDA approved the vaccines for use under an Emergency Use Authorization (EUA). This process has allowed researchers to collect a huge amount of data over the past months. Collecting this amount of information in

Exhibit 10

previous studies would have taken years. The data is clear about how safe and effective the vaccines are. This gives us confidence in the value of the vaccine requirement.

7. **How can Mercy require the vaccine as a condition of employment while it is still under Emergency Use Authorization (EUA)?**
Employers are not prevented from requiring the COVID-19 vaccination for co-workers while the vaccine is in EUA status. The EUA requires the FDA to make sure that people are notified of the vaccine's EUA status and that they have the right to refuse the vaccine.

8. **As we see from some patients in our hospitals and clinics, people can get COVID-19 even when vaccinated. Why should we be required to be vaccinated if it does not provide full immunity?** A vaccine does not have to be 100% effective to be mandated – it has to safely provide substantial protection against the virus and severe illness. The COVID-19 vaccines are some of the most effective vaccines that we have for any infection – and their effectiveness has stood up in real world use outside of the initial trials. As with any vaccine, there will be some breakthrough cases, most often mild illness, but the COVID-19 vaccines have continued to reduce the risk of infection by over 90% in wide use. The COVID-19 vaccines remain our best defense against the illness. The EUA does not impose any obligations or restrictions on employers. The Equal Employment Opportunity (EEO) Commission has issued guidance indicating employers can mandate COVID vaccination notwithstanding the EUA status.

9. **Is it legal to make co-workers get a COVID-19 vaccine?**
Yes. Guidance issued from the Equal Employment Opportunity (EEO) Commission on May 28, 2021, states employers can require employees to get the COVID-19 vaccination: *"The federal EEO laws do not prevent an employer from requiring all employees physically entering the workplace to be vaccinated for COVID-19, subject to the reasonable accommodation provisions of Title VII and the ADA and other EEO considerations."*

10. **Why is Mercy requiring COVID-19 vaccination when a few other health institutions in some of our communities are not?**
We believe it is critical that Mercy require vaccinations to protect our patients and to set an example for those who still are hesitant here at Mercy and in our broader communities. The safety of our patients and co-workers are our highest priorities. The threat of more harm from the pandemic, and the more dangerous Delta variant of the COVID-19 virus that has emerged before we reached herd immunity, are driving us to take this step.

11. **What qualifies as being fully vaccinated?**
To be fully vaccinated under the mandate, you need to have either one dose of the Johnson & Johnson/Janssen vaccine or both doses of the Pfizer or Moderna vaccine. You must have received either the one-dose vaccine or the second dose of a two-dose vaccine by September 30 to meet the vaccine requirement. (There is a two-week period after receiving the vaccine to build up full immunity; however, you will meet the Mercy vaccine requirement by receiving the shot by the deadline.)

12. **I received one dose of Pfizer or Moderna. Do I need to get the second dose, too?**
Yes. To fulfill the vaccine requirement, you must have two doses of Pfizer or Moderna or one dose of the Johnson & Johnson/Janssen by the vaccination deadline of September 30. There is no maximum time interval between doses, so the second dose can be any time after the first dose; there is no need to "restart" the two-shot series if it has been more than 21 (or 28) days since your first dose. Schedule an appointment at one of the Mercy vaccine clinics through MyMercy or visit your local Mercy Co-worker Health department and your documentation will be automatically recorded. If you receive your second dose outside of Mercy, you need to submit proof of the second dose to Co-worker Health by sending a picture of your vaccination card to MercyCoworkerHealth@Mercy.Net.

13. **Where should I go to get vaccinated?**

Exhibit 10

You can schedule an appointment at one of Mercy's vaccine clinics at Mercy.net or you can connect with your local co-worker health department about when COVID-19 vaccinations will be administered in their offices. You may also receive your vaccine from a non-Mercy resource, but will need to submit proof of vaccination by emailing a picture of your vaccine card to Co-worker Health at MercyCoworkerHealth@mercy.net.

14. **How do I apply for an exemption to the COVID-19 vaccine policy, and what is the deadline?**
Medical and religious exemption requests must be submitted by August 15.

    *Medical Exemption*

    Exemptions to the mandatory COVID-19 vaccination may be granted for certain medical contraindications. Individuals requesting an exemption because of a medical contraindication(s) must obtain a medical certification (form is attached to our Policy) from their healthcare provider and electronically submit a Medical Exemption Request Form at:
    https://mercysecure.formstack.com/forms/request_for_medical_exemption_from_covid19_vaccination_2021

    *Religious Exemption*

    Exemptions to the mandatory COVID-19 vaccination may also be granted if vaccination conflicts with the tenets of a sincerely held religious belief. Individuals requesting an exemption because of sincerely held religious beliefs must obtain a certification (form is attached to our Policy) from their religious leader (or other person who can attest the individual's religious beliefs are sincerely held) and electronically complete and submit a Religious Exemption Request Form at:
    https://mercysecure.formstack.com/forms/request_for_religious_exemption_from_covid19_vaccination_2021

15. **I have already received a religious or medical exemption from the flu vaccine. Do I need to apply for an exemption to the COVID-19 vaccine policy?**
Yes, you must apply for an exemption specific to the COVID-19 vaccine policy.

16. **What happens if my request for exemption is approved?**
Co-workers who do not receive the COVID-19 vaccination – due to an approved medical or religious exemption – must follow all social distancing standards and compliance with all applicable policies and wear a surgical mask (the mask must cover both nose and mouth) when present at Mercy facilities—including facilities where no patient care is delivered. Masks are to be kept clean and free from personal markings, artwork, etc.

17. **What happens if I choose not to get the COVID-19 vaccine or am not fully vaccinated by September 30, 2021?**
Co-workers and integrated physicians who are not vaccinated or granted an exemption by the September 30, 2021 deadline will be suspended without pay for up to 28 days so that they can come into compliance. Co-workers may not use their PTO during this time, but all benefits will remain intact. After 28 days, co-workers who have not fulfilled the requirements of this policy by receiving the complete dosing regimen of one of the COVID-19 vaccines currently authorized by the FDA or an approved medical or religious exemption will be terminated from Mercy. Co-workers may also be disciplined and even terminated, depending on the circumstances, if they intentionally violate this policy or provide false or misleading information to show they were vaccinated or to support an exemption request.

18. **I'm trying to conceive, hope to become pregnant soon or am breastfeeding. Do I still need to get vaccinated?**
Yes. Like our flu policy, COVID-19 vaccinations are required for all Mercy co-workers. Please note that plans to become pregnant will not be considered a potential reason for a medical exemption. Breastfeeding women can receive a COVID-19 vaccine, and research shows that breastfeeding mothers who have been vaccinated (with mRNA vaccines) have antibodies in their breastmilk, which could help protect their babies. Breastfeeding will not be considered a qualification for a medical exemption.

19. **I am pregnant. Can I get a medical exemption?**

Exhibit 10

You can apply for a time-limited exemption. Pregnant co-workers are encouraged to discuss COVID-19 vaccination with their healthcare provider, and to strongly consider vaccination. Pregnant people are more likely to become severely ill with COVID-19 as compared to non-pregnant people. <u>It is safe for pregnant people to get a COVID-19 vaccine</u>. Getting vaccinated during pregnancy can protect you from severe COVID-19 disease. There is limited but growing evidence about the safety of the COVID-19 vaccines when used during pregnancy. Newborns of vaccinated mothers have been shown to have antibodies against COVID-19, which could help protect them. Based on the science behind the mRNA vaccines and the viral vector vaccines, experts believe these vaccines are unlikely to pose a risk to pregnant people or their unborn child. Pregnant people granted a time-limited exemption will be expected to be fully vaccinated by the time they return to work from their maternity leave.

20. **I am undergoing fertility treatments. Can I receive an exemption?**
Co-workers who are scheduled to undergo fertility treatments or are currently receiving fertility treatments should work with their healthcare providers to plan the timing of the COVID-19 vaccination series around their planned fertility treatments. Those who are currently undergoing fertility treatment should wait to determine whether they are pregnant, and if so, may pursue a time-limited exemption for pregnancy. If they do not become pregnant during this treatment cycle, then they should speak with their healthcare provider to decide the best timing to complete their COVID-19 vaccination requirement by September 30, 2021.

21. **I do not work in a clinical setting, and I am not in contact with patients or patient care providers. Do I still need to get vaccinated?**
Yes. Like our flu policy, COVID-19 vaccinations are required for all Mercy co-workers, regardless of their role or work location. Evidence is clear that COVID-19 vaccines have proven to be safe and effective at preventing the spread of the virus, as well as hospitalization and death. The responsible course of action is to require vaccination of all our co-workers, medical staff, and other health care personnel for the protection of our patients, our teams, and our communities.

22. **I work remotely. Do I need to be vaccinated?**
Yes. COVID-19 vaccination will be a condition of employment at Mercy, regardless of where you work. Many remote team members do come into Mercy facilities on some occasions and vaccination will ensure the safety of all of Mercy's workforce and their availability for onsite work if required. Full vaccination is required by September 30, 2021.

23. **I had COVID-19 already or I have the antibodies. Do I still need to get vaccinated?**
Yes. Like our flu policy, COVID-19 vaccinations are required for all Mercy co-workers. Evidence is clear that COVID-19 vaccines have proven to be safe and effective at preventing the spread of the virus, as well as hospitalization and death. People with natural immunity after COVID-19 infection must still get vaccinated once they recover from the illness. This includes people who have detectable antibody levels after having recovered from COVID-19 infection. The protective immunity after natural infection differs person to person, and the duration of the immunity is unknown. Vaccine immunity provides reliable protection. Individuals who have been diagnosed with COVID-19 infection should hold off on vaccination until they have completed their period of isolation and have recovered from their illness. Once recovered, however, they must get vaccinated.

24. **I had a bad reaction after my first dose. Do I still need to get the second dose?**
If you had a reaction to the first dose beyond the typical side effects, reach out to your provider to discuss the reaction, your concerns and whether you should file a medical exemption request.

25. **If I get one of the vaccines and get serious negative side effects, how does Mercy plan to handle my situation?**
If on the rare occasion a co-worker experiences serious and incapacitating side effects (i.e., is unable to perform the essential functions of his/her job) from the COVID-19 vaccine, Mercy will provide the co-worker, including physicians, up to three (3) consecutive days (if scheduled) of paid time off work. A maximum of three days will be

Exhibit 10

allotted, which can be used immediately following the date of initial or follow up vaccination. This paid time off is a separate pay code that the leader will code in Kronos (429-Paid Time Not Worked). Co-workers will **not** have to use PTO, ESB, or short-term disability for this time away for serious and incapacitating side effects that prevent them from working. A request for paid time off due to an incapacitation to the COVID-19 vaccine must be timely submitted and supported by proof of vaccination. This documentation should be submitted to the co-worker's leader and is subject to audit/tracking by Co-Worker Health.

If a co-worker suffers any side effects, illness, or injury caused by the vaccination, any lost wages or permanent impairment caused by those side effects may be covered by Mercy's workers' compensation program. Co-workers who develop any such adverse effects from the COVID-19 vaccination should file an incident report so coverage determinations can be made.

26. **If I get the vaccination, do I still have to wear my mask at work?**
Yes, and although the CDC has relaxed its guidelines in many settings, allowing fully vaccinated individuals to stop wearing a mask or distancing, this does not apply in the health care environment at this time. All infection prevention practices (e.g., masking, eye protection, social distancing, hand washing, etc.) must be followed even after co-workers receive the vaccine. The CDC may revise/update its guidance after the vaccine becomes widely available and vaccination rates rise. We will be reviewing CDC recommendations closely.

27. **I was vaccinated by Mercy Co-worker Health or at a Mercy public vaccine clinic. Do I need to do anything to prove my vaccination status?**
Co-worker Health has a record of your vaccination if it was given at one of our Co-worker Health or public vaccine clinics. You do not need to take additional action. If you are told there is not a record of your vaccination with Co-worker Health, you need to submit proof of vaccination by sending a picture of your vaccination card to Co-worker Health at MercyCoworkerHealth@Mercy.Net.

28. **I am concerned about the safety of the vaccine. How can I get more information?**
The COVID-19 vaccines are being held to the same safety standards as all vaccines and from all indications, the available vaccines are among the most effective and safest ever developed. If you have specific concerns, you can talk to your manager or contact Co-worker Health.

As background, the Centers for Disease Control and Prevention (CDC) and Food and Drug Administration (FDA) monitor all U.S. vaccines for safety and provide data and insight continuously to government health agencies, public health partners, and the public. The CDC, along with the FDA and other federal partners, is using established safety systems to conduct heightened safety monitoring of COVID-19 vaccines. If a link is found between a side effect and a COVID-19 vaccine, public health officials take appropriate action by weighing the benefits of the vaccine against its risks to determine if recommendations need to be changed. You can also find additional general information on COVID-19 vaccine safety from the Centers for Disease Control and Prevention (CDC) here.

29. **What impact does this new requirement have on annual flu vaccines and our Influenza Vaccination Policy?**
There is no impact on the annual influenza/flu vaccine requirement. We will continue to require annual flu vaccinations for co-workers. Please note the compliance date for that policy is November 1, 2021 (religious and medical exemption requests must be submitted by October 15, 2021).

30. **Is COVID-19 going to be an annual vaccination requirement?**
So far, the available vaccines appear to provide a strong immune response that provides good protection for at least 9 months, and likely longer. Whether boosters will be needed will depend on how long that protection lasts and how well that protection continues to work against new virus strains or variants. We will follow guidance set forth by the CDC and FDA as we learn more about how long the vaccines are providing effective protection.

Exhibit 10

31. **Will co-workers who are terminated for not getting the vaccine be eligible for rehire?**
    Yes. Individuals may be eligible for rehire in the future if they complete all the requirements for rehire, which include COVID-19 vaccination.

32. **If I resign, do I get unemployment?**
    Unemployment compensation eligibility decisions are made by the state where you work, not by Mercy.

33. **Why are we requiring the COVID-19 vaccine for remote co-workers when we don't require the influenza vaccine for remote co-workers?**
    Last year Mercy allowed an exception for fully remote co-workers (perform 100% of their duties from home) to be exempt from the Influenza Vaccination Policy. In 2021 our flu vaccine requirement will be aligned with our COVID-19 vaccine requirement.

Exhibit 10