

Patricia Conway <apathwaytobliss@gmail.com>

## Request for Religious Exemption from COVID-19 Vaccination
1 message

**noreply+f17a75526bf7d1d6@formstack.com** <noreply+f17a75526bf7d1d6@formstack.com>   Thu, Jul 29, 2021 at 5:28 PM
Reply-To: noreply+f17a75526bf7d1d6@formstack.com
To: apathwaytobliss@gmail.com

Your exemption form has been received. You will be notified by email of the decision soon.



Patricia Conway <apathwaytobliss@gmail.com>

## Request for Religious Exemption from COVID-19 Vaccination
1 message

**MercyVaccinationExemptions@mercy.net** <noreply+311bb87742efb784@formstack.com>    Mon, Aug 2, 2021 at 5:50 PM
Reply-To: MercyVaccinationExemptions@mercy.net
To: apathwaytobliss@gmail.com

Thank you for submitting your request for a religious exemption from the mandatory COVID-19 vaccination. Mercy reviewed your request and determined it does not meet the criteria to be exempt from the COVID-19 vaccination. Therefore, your exemption request is denied, and you are required to receive either one dose of the Johnson & Johnson/Janssen vaccine or both doses of the Pfizer or Moderna vaccine prior to September 30, 2021. Thank you for your anticipated cooperation with Mercy's COVID-19 Vaccination Policy and commitment to the protection of our patients and their families, the public, and your fellow co-workers.

The COVID-19 vaccine is available at your local Mercy co-worker health office at no cost to you.

Exhibit 12