

Patricia Conway <apathwaytobliss@gmail.com>

## Direct Deposit Available
1 message

**MyPay@mercy.net** <MyPay@mercy.net>                                   Thu, Nov 18, 2021 at 1:17 PM
To: Patricia.McCoy@mercy.net, apathwaytobliss@gmail.com

A copy of your pay stub for your payroll direct deposit advice is now available through Mercy's MyPay web site. Funds are available on pay day. Visit the link below and select "My Paystubs" in the My Documents section, to view or print a copy. You may also view or print pay stubs from the previous twelve (12) months.

Visit https://mypay.mercy.net to view your pay information online or change your delivery options.
Thank you,

Mercy Payroll - Shared Services Department,

Mercy Health

MPSS@Mercy.net

Coworker Inquires??

> For all pay inquires: please contact your department manager.
>
> For changes/inquires about co-worker benefit deductions, please contact the Benefits Support Center at 888-599-3737.
>
> For more information on understanding how benefits are displayed on your payroll check stub, including paid time off and leave of absence, visit Mercy Pay and Benefits FAQ
>
> Home address, tax deductions, and direct deposit changes may be made online via HR-Self-Service.
>
> Garnishments/Court Orders and Stop Payments: Please contact Payroll.
>
> Technical Errors with MyPay: Contact MTS at 866-440-3399.
>
> All other inquiries: Contact Mercy Payroll Shared Services at 314-364-6490.

This message has been generated from a mailbox that is not monitored. Please do not reply to this message.

Exhibit 14

| MHM Support Services | | | Amount | $512.50 | POS 1 | POS 2 | POS 3 | SUMMARY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PATRICIA L CONWAY | | 000119581 | Number | 22886771 | JOB | | | | Current | YTD |
| | | | Check Date | 11/19/21 | DEPT | | | Gross Pay | 728.22 | 59,647.72 |
| | | | Pay Period 10/31/21-11/13/21 | | FTE | 0.00 | 0.00 | 0.00 | Pre-tax ded'ns | 137.39 | 2,747.80 |
| | | | | | BASE | 0.00 | 0.00 | 0.00 | Fed'l taxable | 590.83 | 56,899.92 |
| Ssekmrrwd0 | | | | | ALT | 0.00 | 0.00 | 0.00 | Taxes | 45.42 | 9,660.86 |
| | | | | | | | | After-tax ded'ns | 30.15 | 885.97 |
| | | | | | | | | Net Pay | 512.50 | 46,295.94 |

### HOURS AND EARNINGS

| | POS 1 | | POS 2 | | POS 3 | | POS 4+ | | PAY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Hours | Rate | Hours | Rate | Hours | Rate | Hours | Earnings |
| PTO Pay Out | 16.62 | 43.65 | | | | | | | 16.62 | 725.46 |
| Group Term Life | | | | | | | | | | 2.76 |

### PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 16.14 | 322.80 |
| Medical | 112.70 | 2,254.00 |
| Vision | 8.55 | 171.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal W/H | | 3,191.01 |
| Medicare EE | 8.61 | 825.05 |
| State MO | | 2,117.00 |
| Soc Sec EE | 36.81 | 3,527.80 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dep Life | 0.60 | 12.00 |
| Sup Life | 21.68 | 425.92 |
| Legal | 7.87 | 157.40 |
| Meals | | 290.65 |

### DIRECT DEPOSIT

| Type | Account | Amount | Type | Account | Amount |
|---|---|---|---|---|---|
| checking | xxxxxxxx6497 | $512.50 | | | |

Marital Status - Exemptions - Addl Amt
FED  Single or MFS - 8 - $0.00
ST   Head Household - 4 - $0.00

### BENEFIT BALANCES

| | Beg | Earned | Ending |
|---|---|---|---|
| ESB | 139.73 | 0.00 | 139.73 |
| PTO | 0.00 | 16.62 | 0.00 |

---

**MERCY HOSPITAL ST LOUIS**
MERCY PAYROLL SHARED SERVICES
645 MARYVILLE CENTRE DR STE 100
ST LOUIS MO  63141

US BANK
24-84/1230

Date 11/19/2021
Advice No.  22886771
**DIRECT DEPOSIT ADVICE**

PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ **512.50

TO THE ORDER OF
PATRICIA L CONWAY
16731 Hickory Crest Dr
Wildwood, MO  63011

Void After 90 Days

Exhibit 14