IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA CONWAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:22-cv-01113-RLW |
| MERCY HOSPITAL ST. LOUIS, | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF JILL MCCART

I, Jill McCart, having been duly sworn upon my oath, hereby testify and state as follows:

1. My name is Jill McCart. I am over twenty-one (21) years of age and competent to testify as a witness in a trial of this case. I am of sound mind, capable of making the sworn statements in this declaration and have personal knowledge of the facts set forth below.

2. I am employed as the Vice President – Accounting & Reporting at Mercy Health ("Mercy"), a Missouri general nonprofit corporation and public benefit corporation. In this role, I am responsible for providing strategic and operational leadership in planning, developing, directing, and evaluating organizational efforts concerning Mercy's accounting, finances, and reporting of its decisions and activities, including those of its subsidiaries, including Mercy Hospital St. Louis.

3. In my capacity as Vice President – Accounting & Reporting, I have access to financial records and organizational records for Mercy Health, Mercy Hospitals East Communities (including Mercy Hospital St. Louis), and all other subsidiaries of Mercy Health. These records are made and kept in the ordinary course of business regarding and are made at or near the time of

**EXHIBIT B**

1

the event recorded by someone with knowledge of the event. All exhibits and attachments to this declaration are true and accurate copies of such documents.

4. Mercy Health, and its wholly-owned subsidiaries, are non-profit organizations, owned and operated by Mercy Health Ministries, a public juridic personality of the Roman Catholic Church formed under the Catholic Church's canonical statutes. *See Exhibit JM-1*, Public Juridic Personality Decree; *Exhibit JM-2*, Mercy Organization Chart; *Exhibit JM-3*, Mercy Health Bylaws; *Exhibit JM-4*, Mercy Health Articles of Incorporation.

5. Mercy Health is the civil law entity formed by Mercy Health Ministries to carry out Mercy Health Ministries' Catholic mission and ministry through its healthcare practice. *Exhibit JM-1*; *Exhibit JM-3*; *Exhibit JM-4*.

6. While employees do not need to be Catholic or practice Catholicism outside of work, all Mercy employees are required to support, and perform their job duties in accordance with, Mercy's Catholic mission and ministry while working for Mercy and/or its wholly-owned subsidiaries.

7. Plaintiff, Patricia Conway, was employed by MHM Support Services, Inc., a wholly-owned non-profit subsidiary of Mercy Health, and worked at Mercy Hospital St. Louis, a dba of Mercy Hospitals East Communities, which is a wholly-owned non-profit subsidiary of Mercy Health East Communities and, ultimately, Mercy Health.

8. Mercy Health, through its healthcare facilities including Mercy Hospital St. Louis, has provided and continues to provide millions of dollars' worth of healthcare services at no cost each year to numerous patients, particularly those who cannot afford the costs of healthcare services.

9. Mercy Health and Mercy Hospitals East Communities' IRS Form 990 is the annual information tax return that is filed by them as tax-exempt organizations. *Exhibit JM-5*, Mercy Health IRS Forms 990 (2017-2019); *Exhibit JM-6*, Mercy Hospitals East Communities IRS Forms 990 (2017-2019). The IRS Forms 990 generally provide information on the organization's finances, programs and governance related to healthcare services as a non-profit organization. These tax return documents contain information on the activities of each organization, including Schedule H in *Exhibit JM-6*, which includes information on financial assistance and certain other community benefits. *Id.*

10. Mercy Health and Mercy Hospitals East Communities also file a IRS Form 990-T, Exempt Organization Business Income Tax Return. The IRS Form 990-T is generally used by an exempt organization to report unrelated business income and report its tax liability on this unrelated income and are submitted annually. (Docs. 20-2 through 20-7).

11. Mercy Health's IRS Forms 990-T report unrelated business income activity for a portion of its investment in partnership investment funds. (Doc. 20-7, p. 8). This miscellaneous income does not affect Mercy Health's non-profit, tax-exempt or religious statuses.

12. Mercy Hospitals East Communities IRS Form 990-T report unrelated business income activity for a portion of its medical labs, pharmacy and miscellaneous services. (Doc. 20-2, p. 9). This miscellaneous income does not affect Mercy Hospital East Communities' non-profit, tax-exempt or religious statuses.

13. During the COVID-19 pandemic and national emergency, Mercy Hospital St. Louis and other Mercy subsidiaries and entities instituted a COVID-19 Vaccination Policy, which

required all co-workers to receive a COVID-19 vaccine unless they requested and were approved for a religious or medical exemption from this mandatory vaccination policy. *Exhibit JM-7*.

*Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the information and documents stated and attached to this declaration are based upon matters known personally to me and are true and correct to the best of my knowledge, information and belief.*

_____
Jill McCart

_____April 27, 2023_____
Date