IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| PATRICIA CONWAY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:22-cv-01113-RLW |
|  | ) |  |
| MERCY HOSPITAL ST. LOUIS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**BILL OF COSTS ITEMIZATION**

| Date | Source | Description | Amount |
|---|---|---|---|
| 10/22/2022 | Eastern District District Court | Notice of Removal | $ 402.00 |
| 11/01/2022 | Division of Employment Security | Plaintiff's unemployment claim records | $  10.00 |
|  |  | **TOTAL** | $ 412.00 |

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, October 21, 2022 10:11 AM |
| **To:** | |
| **Subject:** | https://protect-us.mimecast.com/s/vBNDC2kroru5EKN6SnFZ4p?domain=pay.gov Payment Confirmation: MISSOURI EASTERN DISTRICT COURT |

[Caution: Email received from external source]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Cheryl Czopek at 314-244-7914.

   Account Number: 4519469
   Court: MISSOURI EASTERN DISTRICT COURT
   Amount: $402.00
   Tracking Id: AMOEDC-9576762
   Approval Code: 038045
   Card Number: *************9203
   Date/Time: 10/21/2022 11:10:39 ET


NOTE: This is an automated message. Please do not reply



**APPEALS TRIBUNAL**
421 E Dunklin St
Jefferson City, MO 65104
Phone: 573-751-3913
Fax: 573-751-1321
www.labor.mo.gov/DES/appeals
Email: appealstribunal@labor.mo.gov

**MICHAEL L. PARSON**
GOVERNOR

**ANNA S. HUI**
DEPARTMENT DIRECTOR

**MATTHEW S. HANKINS**
ACTING DEPUTY DIVISION DIRECTOR

**RONALD J. MILLER**
CHIEF OF APPEALS

November 1, 2022

Amber V Hunsaker
Ogletree, Deakins, Nash, Smoak & Stewart PC
7700 Bonhomme Ave, Suite 650
St Louis MO 63105

RE:              Patricia L Conway
Social Security No. XXX-XX-2771
Appeal No:       2205318

Dear Ms. Hunsaker:

In your letter to the Division of Employment Security (DES) in the above matter, you requested a copy of the digital recording of the hearing held on December 8, 2021, before Appeals Referee Jason Kelly. The fee for this service is $10.00. Please make remittance payable to the Division of Employment Security and direct same to the attention of the Appeals Section, P.O. Box 59, Jefferson City, Missouri 65104-0059. DES will then send you a copy of the digital recording by return mail.

Sincerely,


Gloria J Stegemann
APPEALS SECTION
573-751-6820

gjs

*Missouri Division of Employment Security is an equal opportunity employer/program.
Auxiliary aids and services are available upon request to individuals with disabilities.
TDD/TTY: 800-735-2966   Relay Missouri: 711*



ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**Ogletree Deakins**   **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
50 International Drive
Patewood IV, Suite 200
Greenville, SC 29615

500289941

Date: 11/01/22

PAY   Ten and 00/100 U.S. Dollars   $ *10.00*

TO THE ORDER OF
Division of Employment Security
Attn: Appeals Section
P. O. Box 59
Jefferson City, MO 65104

Memo: Appeal No.: 2205318

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑆500289941⑆ ⑈031101017⑈ 7190000158⑈

Vendor ID: 223842
Request #: 1845436

Payee: Division of Employment Security
Bank: 1000

Check #: 500289941
Check Date: 11/01/22

---

| Invoice Num | Invoice Date | Reference | Invoice Description | Payment Amt |
|---|---|---|---|---|
| 2205318 | 11/01/22 | | Copy of digital recording | $ 10.00 |

Safeguard   LITHO USA   SFSL6  CK7508116L